#KC24008866  0143

## Supplementary: Recovered Stolen Auto

| | | 6.3.1 |
|---|---|---|
| Agency: | Kansas City Missouri Police Department | |
| Case File ID: | C24000592 | |
| Case Report #: | KC24008866 | |
| Date printed: | 03/05/2024 09:01 | |

| | | | |
|---|---|---|---|
| Author: | #17922 SCHREINDL, D. | Report time: | 02/11/2024 23:40 |
| Entered by: | #17922 SCHREINDL, D. | Entered time: | 02/11/2024 23:40 |
| Approved by: | #16094 ROPER, A. | Approval time: | 02/15/2024 05:14 |

Vehicle: [Automobile: Sedan, 4-door] 2018 KIA Sportage Black MO Lic #RE5F6V Value: 17,000.00
VIN: KNDPM2AC3J7472697

Report:

On 02/11/2024 at 0023 hrs, the Stolen Auto desk was notified by the Kansas Highway Patrol. The 2018 Kia Spt (VIN: KNDPM3AC3J7472697) was recovered by Officer Irwin. The recovery location was at I-70 EB ramp to Park Dr Kansas City, KS on 02/10/2024 at 2310 hrs. The vehicle was towed to Sante Fe Tow 913-894-5201 on the CRN #2024-001888. There were three suspects taken into custody. Central Property Crimes Unit was notified on 02/11/2024 at 2346 hrs.

/s/ Ctv. Schreindl #17922

Exhibit A