Restricted

#KC24008866 0153

## Involved Addresses

| | |
|---|---|
| Agency: | Kansas City Missouri Police Department |
| Case File ID: | C24000592 |
| Case Report #s: | KC24008866 / KC24008982 |
| Date printed: | 03/05/2024 09:01 |

8.2.1

**Involvement: Dispatched location; Offense/Incident location; Property lost location**
1722 E 17TH TER, KANSAS CITY, JACKSON MO 64108 (Division: CPD, Basic car area: 123, RD: PJ1421)
Associated Documents: None

**Involvement: Dispatched location; Offense/Incident location**
E 73RD ST and PROSPECT AVE, KANSAS CITY MO USA 64132 (Division: MPD, Basic car area: 242, RD: PJ5499)
Associated Documents: None

**Involvement: Vehicle recovery location**
E I-70 HWY and PARK DR, KANSAS CITY KS USA 66102 (Division: OSPD, Basic car area: 999)
Associated Documents: None

Exhibit B

Restricted

file:///C/Users/cl05958/AppData/Lo... Printed by: m60081 Date: 03/05/2024 09:01  Computer: KCPM  Page 1 of 1