the driver of the Kia SUV exit the vehicle and attempt to run away. P.O. Ridgley positively identified the driver of the Kia SUV as Da'Jhon BROSTIC (SUSPECT).

My investigation revealed that BOSTIC, the driver of the Kia SUV completed an aggravated assault on P.O. Mills and P.O. Ridgley.

BOSTIC was taken into custody in Kansas and because the pursuit ended in Kansas, BOSTIC gained new charges in that state and at the time of this report BOSTIC was in the custody of Kansas City Kansas Police (please see KHP CRN: 2024001888 for further). The Kia SUV was towed by Kansas and placed on a hold for our agency. I issued BOSTIC a summons (210894461) for Assault (50-169) on P.O. Mills and a summons (210894462) for Assault (50-169) on P.O. Ridgley. I completed a warrant application in regard for BOSTIC. Detective Burnett with Violent Crimes was notified and he advised city charges. Sgt. Periman and the Duty Captain Allender (R#601) responded to the scene. Detective Rives with the Traffic Investigation Section was notified and advised that this report would be reviewed and further action in regard to the eluding element of this incident would be determined at a later time.

/S/ P.O. Hernandez #50229

Exhibit C