#KC24008866  0170

| Date/Time | Code | ID | Event |
|---|---|---|---|
| 02/10/24 23:09:37 | $234 | 50229 | DISPOSITION ASSIGNED - 2ND |
| 02/10/24 23:09:37 | $234 | 50229 | UNIT UPDATED - Unit: 234, Status: AM, Location: , Employees: 50209, 50229 |
| 02/10/24 23:09:38 | pd04 | 17981 | EVENT REMARK - 690 -- RUNNING EB TOWARDS 18TH ST EXPRESSWAY |
| 02/10/24 23:09:51 | pd04 | 17981 | EVENT REMARK - 690 -- PASSENGER BAILING NW TOWARDS 18TH ST OR I70 |
| 02/10/24 23:09:58 | pd04 | 17981 | EVENT REMARK - 690 -- RUNNING TOWARDS RR IN WOODS |
| 02/10/24 23:10:29 | pd04 | 17981 | EVENT REMARK - 690 -- KHP TAZER DEPLOYMENT |
| 02/10/24 23:10:44 | pd12 | 17227 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:10:44, Total Assigned Units: 11, |
| 02/10/24 23:10:44 | pd12 | 17227 | UNIT UPDATED - Unit: 311, Status: DP, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 5933, 50015 |
| 02/10/24 23:10:56 | pd04 | 17981 | EVENT REMARK - K984 -- K9 DEPLOYED BITE ON FOOT |
| 02/10/24 23:11:26 | pd04 | 17981 | EVENT REMARK - K984 -- I70/PARK DR JE OF |
| 02/10/24 23:12:13 | $124 | 5999 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:12:13, Total Assigned Units: 10, |
| 02/10/24 23:12:13 | $124 | 5999 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:12:13 | $124 | 5999 | UNIT UPDATED - Unit: 124, Status: AM, Location: , Employees: 5999 |
| 02/10/24 23:12:22 | pd12 | 17227 | EVENT REMARK - KCK ORDERED EMS FOR DOG BITE AND TASER DEPLOYMENT ON THE OTHER PARTY |
| 02/10/24 23:13:00 | pd04 | 17981 | EVENT REMARK - 690 -- DRIVER IN CUSTODY |
| 02/10/24 23:13:07 | pd04 | 17981 | EVENT REMARK - 690 -- 2 PTYS IN CUSTODY |
| 02/10/24 23:13:23 | pd04 | 17981 | EVENT REMARK - 690 -- SS OF I70 IN EB LANES |
| 02/10/24 23:13:43 | pd12 | 17227 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:13:43, Total Assigned Units: 11, |
| 02/10/24 23:13:43 | pd12 | 17227 | UNIT UPDATED - Unit: 240, Status: DP, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 4605 |
| 02/10/24 23:13:51 | pd04 | 17981 | EVENT REMARK - 240 -- THREE PTYS IN CUSTODY |
| 02/10/24 23:14:40 | pd04 | 17981 | EVENT REMARK - 240 -- WEAPON RECOVERED |
| 02/10/24 23:15:10 | pd15 | 16132 | UNIT UPDATED - Unit: 240, Status: AR, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 4605 |
| 02/10/24 23:16:25 | pd03 | 17791 | EVENT UPDATED - Total Assigned Units: 10, |
| 02/10/24 23:16:25 | pd03 | 17791 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:16:25 | pd03 | 17791 | UNIT UPDATED - Unit: 690, Status: AV, Location: , Employees: 5412, 5930 |
| 02/10/24 23:16:51 | pd15 | 16132 | EVENT REMARK - SAID MALE THREW A BA TO THE SOUTH |
| 02/10/24 23:17:10 | pd10 | 17453 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:17:10 | pd10 | 17453 | UNIT UPDATED - Unit: 146, Status: AM, Location: , Employees: 5884, 5940 |
| 02/10/24 23:17:11 | pd10 | 17453 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:17:11, Total Assigned Units: 9, |
| 02/10/24 23:17:33 | $361 | 50198 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:17:33, Total Assigned Units: 8, |
| 02/10/24 23:17:33 | $361 | 50198 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:17:33 | $361 | 50198 | UNIT UPDATED - Unit: 361, Status: AM, Location: , Employees: 50100, 50198 |

Exhibit D