(1)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Daijhon Amaria Bostic

Plaintiff,

Civil Action No. 25-3056-JWL

VS. Wyandotte County Police Department,

Defendant(s).

# SUMMONS

## TO THE ABOVE DEFENDANT(S):

You are hereby summoned and required to serve upon the plaintiff, whose address is 8306 E 106 St. Kansas City, Missouri 64134 and answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk's Signature: _____

Date: _____

## Certificate Of Service

I hereby certify that on the day of Febuary 24th the foregoing SUMMONS was mailed in to be filed by notice through the Clerk of the District Court's for the District of Kansas to be served to the Defendant[s], and by the operation of the court's filing system.

Date: Febuary 24th, 2025

Judge Signature Print: _____

Clerk Signature Print: _____

(Plaintiff) Print Signature:
Da'Jhan d. Baltic

Respectfully Submitted,
Da'Jhan d. Baltic