This needs to filed at the U.S. Courts @ 500 State Ave Kansas City, KS 66101

Please include correct filing fee $

This NEEDS TO Be filed with the U.S. District Court. 500 State Ave KCK 66101