

KRISTI L. HILL
CLERK DISTRICT COURT
710 N. 7TH ST
WYANDOTTE COUNTY COURTHOUSE
KANSAS CITY KANSAS 66101

RECEIVED
MAR 27 2025
CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

U.S. DISTRICT
500 State Ave
Kansas City, KS
66101

FIRST-CLASS





ZIP 64108
02 7W
0000270002MAR 25 2025
$ 002.87⁰
US POSTAGE