UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAJHON AMARIA BOSTIC,

                Plaintiff,

      vs.

WYANDOTTE COUNTY POLICE
DEPARTMENT,

                Defendant.

Case No. 25-3056-JWL

NOTICE TO PLAINTIFF

IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

Your Complaint has been received, but it is deficient for the reason(s) below:

COMPLAINT IS NOT UPON COURT-APPROVED FORMS.   See D.Kan. Rule 9.1(a).   Forms are enclosed and you must re-submit your complaint upon these forms.

CIVIL ACTION FILING FEE NOT SATISFIED.   You have not paid the fees for filing a civil action of $405.00 and you have not submitted a motion to proceed without prepayment of fees. See 28 U.S.C. § 1914.   Your case may not go forward until you satisfy the statutory filing fee prerequisites in one of these two ways.   Forms for filing a motion to proceed without prepayment of fees are enclosed.

You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice.   If you fail to comply within the prescribed time, the Judge presiding over your case

will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PLAINTIFF is granted until April 28, 2025 in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Thursday, March 27, 2025.

Skyler B. O'Hara
Clerk of the Court
by S. Nielsen-Davis, Deputy Clerk