Name: Da'Jhon Amaria Bostic
Address: 8306 E 106 St. Kansas City, Missouri 64134

FILED
U.S. District Court
District of Kansas
APR 24 2025
Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Da'Jhon Bostic, Plaintiff
(Full Name)

v.

John Doe #1, John Doe #2, Defendant(s)
Wyandotte County Police Department

CASE NO. 25-3056-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Da'Jhon A. Bostic, (Plaintiff) is a citizen of Missouri (State) who presently resides at 8306 E 106 St. Kansas City, Missouri 64134 (Mailing address or place of confinement.)

2) Defendant John Doe (Name of first defendant) is a citizen of Kansas City, Kansas (City, State), and is employed as a police officer (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Police officer's used unnecessary excessive force when I was in fear for my life.

1

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

3) Defendant __John Doe__ is a citizen of
(Name of second defendant)

__Kansas City, Kansas__, and is employed as
(City, state)

__a police officer__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Police used unnecessary excessive force by improperly yanking and removing tazer prongs.

(Use the additional pages to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Jackson County, Kansas City, Missouri.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

Officer's of the Kansas City, Kansas Wyandotte County police department used unnecessary excessive force by tazing me when I complied to 'Stop' and was given a direct order to stop running, then ripped and yanked the tazer prongs improperly, and forcefully out of my body which led to E.M.S rejecting medical assistance on the scene and gave permanent markings on the body.

XE-2 8/82           CIVIL RIGHTS COMPLAINT §1983           2

Attachment Form

## A. Jurisdiction

2) Defendant's - I have not been able to reach legal assistance to receive the actual names of all the defendant's who were involved in this case. I beleive this information is located inside my property on my Kansas affidavit, which is located where I am currently incarcerated and I will need an attorney to release my Kansas affidavit to retrieve this information for specific facts. As of right now I do not know the names of these individuals, so they are listed as John Doe's.

4) Jurisdiction - I would like this suit to take place or near Jackson County, Missouri because I am now a Missouri resident.

## C. Cause Of Action

A) (2) Defendant's on or about, Febuary 10, 2024 used unnecessary excessive force against Da`Jhon Amaria Bostic at E I-70HWY and Park Dr by knowingly tazing and improperly removing tazer prongs while the officers was not in need or immediate danger to do so.

3

Civil Rights complaint §1983

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Defendant's are charged in Violation of Plaintiff's Fourth Amendment right's of the U.S.C and laws of the Federal Rules of Civil Procedure.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Defendant's on or about, Febuary 10, 2024 used unnecessary excessive force against Da'Jhon Amaria Bostic at E I-70 HWY and Park Dr by Knowingly tazing and improperly removing tazer prongs while the officer was not in need of immediate danger to do so.

B) (1) Count II: Defendant's are charged in violation of Plaintiff's Eigth Amendment right's of the U.S.C and laws of the Federal Rules of Civil Procedure.

(2) Supporting Facts: Defendant's on or about, Febuary 10, 2024 Cruelly tazed Da'Jhon Amaria Bostic after ording him to stop by a lawful directive and punishing him by Knowingly causing pain to arrest him when officer's were not in need to do so.

3

C) (1) Count III: __None__

(2) Supporting Facts: __None__

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: __None__
      Defendants: __None__
   b) Name of court and docket number __None__

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

   d) Issues raised __None__

e) Approximate date of filing lawsuit __None__

f) Approximate date of disposition __None__

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Administrative relief was not sought because of incarceration. My property was also lost in the course of me being detained, charged and incarcerated.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Nominal and Punitive damages for the violation of my citizen rights. Or Reimbursement fee's for the loss of my iphone 12 which at the time was estimated between $675-$750

_____        Dal'jhan al. Baltic
Signature of Attorney (if any)            Signature of Plaintiff

_____

(Attorney's full address and telephone number)

5

XE-2 8/82             CIVIL RIGHTS COMPLAINT §1983