**In the United States District Court**
**For the District of Kansas**

| | |
|---|---|
| **DAJHON AMARIA BOSTIC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-2056-JWL |
| | ) |
| **WYANDOTTE COUNTY** | ) |
| **POLICE DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

_____

**Entry of Appearance**

Dilini Lankachandra hereby enters her appearance as counsel for the interested party the Wyandotte County Sheriff's Office.

/s/<u>Dilini Lankachandra</u>
Dilini Lankachandra, #30402
Unified Government of Wyandotte
    County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Bus. Tel:(913) 573-5060
Fax:   (913) 573-5243
Email:  dlankachandra@wycokck.org
*Attorney for Interested Party Wyandotte*
    *County Sheriff's Office*

## Certificate of Service

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, with a hard copy delivered via first-class mail to the Plaintiff Dajhon Amaria Bostic, 202317643 at Jackson County Detention Center, 1300 Cherry Street, Kansas City, MO 64106.

/s/Dilini Lankachandra
Dilini Lankachandra