IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAJHON AMARIA BOSTIC** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WYANDOTTE COUNTY** )<br>**POLICE DEPARTMENT, et al.,** )<br>)<br>**Defendants.** ) | CASE NO.: 25-3056-JWL |

## MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

**COMES NOW**, the Wyandotte County Sheriff's Office, interested party in this matter and by and through undersigned counsel, requests an extension of time to file the Martinez Report ordered by the Court on May 13, 2025 [DOC. 7] and in support thereof states as follows:

1. The report is due on July 13, 2025.

2. Additional time is needed to collect, review and summarize the information in order to provide a useful aid to the Court in the screening process.

3. This is the first request for an extension.

4. This request is made in good faith and not for vexatious purpose or delay.

5. An extension until August 13, 2025 is requested to submit the report to the Court.

**THEREFORE**, the Wyandotte County Sheriff's Office requests until August 13, 2025 to complete its investigation and submit the Martinez Report ordered in this cause.

Respectfully Submitted,

/s/<u>Dilini Lankachandra</u>
Dilini Lankachandra, #30402
Unified Government of Wyandotte
    County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Bus. Tel:(913) 573-5060
Fax:   (913) 573-5243
Email:  dlankachandra@wycokck.org
*Attorney for Interested Party Wyandotte*
    *County Sherrif's Office*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, with a hard copy delivered via first-class mail to the Plaintiff Dajhon Amaria Bostic, 202317643 at Jackson County Detention Center, 1300 Cherry Street, Kansas City, MO 64106.

/s/Dilini Lankachandra
Dilini Lankachandra