## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**DAJHON AMARIA BOSTIC,**

    **Plaintiff,**

    v.                                    **CASE NO. 25-3056-JWL**

**WYANDOTTE COUNTY**
**POLICE DEPARTMENT, et al.,**

    **Defendants.**

### O R D E R

This matter comes before the Court on a motion for extension of time filed by the Wyandotte County Sheriff's Office ("WCSO"). The WCSO requests an extension of time to prepare and file the *Martinez* Report ordered by this Court to be submitted by August 13, 2025. The motion states that additional time is needed to collect and review relevant records from other involved law enforcement agencies. This is the WCSO's second request for an extension. For good cause shown, the motion is granted.

    **IT IS THEREFORE ORDERED** that the Second Motion for Extension of Time (Doc. 12) filed by Interested Party WCSO is **granted**. The deadline to file the *Martinez* Report is extended to **September 13, 2025**.

    **IT IS SO ORDERED.**

    Dated August 14, 2025, in Kansas City, Kansas.

                                                                   S/ John W. Lungstrum
                                                                   JOHN W. LUNGSTRUM
                                                                   UNITED STATES DISTRICT JUDGE