## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DAJHON AMARIA BOSTIC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 25-3056-JWL** |
| | ) | |
| **WYANDOTTE COUNTY** | ) | |
| **POLICE DEPARTMENT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### THIRD MOTION FOR EXTENSION OF TIME TO FILE MARTINEZ REPORT

**COMES NOW**, the Wyandotte County Sheriff's Office (WCSO), interested party in this matter and by and through undersigned counsel, requests an extension of time to file the Martinez Report ordered by the Court on May 13, 2025 [DOC. 7] and in support thereof states as follows:

1. The report is due on September 13, 2025.

2. On July 28, 2025 WCSO requested records from other law enforcement agencies involved in the pursuit and arrest of Plaintiff Dajhon Amaria Bostic about said pursuit and arrest, which is the subject of the Martinez Report requested by this Court.

3. WCSO checked on the status of these records on August 25, 2025 and was informed that the records are still processing.

4. Counsel for WCSO will be out of the country from September 6th to September 19, 2025 for a pre-scheduled vacation.

5.      Additional time is needed to collect, review and summarize the information in order to provide a useful aid to the Court in the screening process.

6.      This is the third request for an extension.

7.      This request is made in good faith and not for vexatious purpose or delay.

8.      An extension until October 17, 2025 is requested to submit the report to the Court.

**THEREFORE**, the Wyandotte County Sheriff's Office requests until October 17, 2025 to complete its investigation and submit the Martinez Report ordered in this cause.

Respectfully Submitted,

/s/Dilini Lankachandra
Dilini Lankachandra, #30402
Unified Government of Wyandotte
        County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Bus. Tel:(913) 573-5060
Fax:    (913) 573-5243
Email:  dlankachandra@wycokck.org
*Attorney for Interested Party Wyandotte*
        *County Sheriff's Office*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, with a hard copy delivered via first-class mail to the Plaintiff Dajhon Amaria Bostic, 202317643 at Jackson County Detention Center, 1300 Cherry Street, Kansas City, MO 64106.


/s/<u>Dilini Lankachandra</u>
Dilini Lankachandra