# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAJHON AMARIA BOSTIC )
)
**Plaintiff,** )
)
v. )    **CASE NO.: 25-cv-3056-JWL**
)
**WYANDOTTE COUNTY** )
**POLICE DEPARTMENT, et al.,** )
)
**Defendants.** )

## <u>MOTION FOR LEAVE TO FILE CONVENTIONALLY</u>

COMES NOW, Interested Parties Wyandotte County Sheriff's Office ("WCSO") and the Kansas Highway Patrol ("KHP") by and through their undersigned counsel, which move this Court for leave to conventionally file exhibits to the *Martinez* Report submitted on October 17, 2025 for the reasons stated below:

1. WCSO and KHP filed the *Martinez* Report ordered by this Court on October 17, 2025.

2. This Court's CM/ECF system only permits filing of files in Portable Document Format ("PDF").

3. Certain exhibits to the *Martinez* Report are video recordings that cannot be converted into PDFs.

4. Since these audio recordings cannot be converted into PDFs, they cannot be submitted electronically through this Court's CM/ECF system.

5. WCSO now moves for leave to file Exhibits 2, 4, 5, 6, 7, and 9 of the previously submitted *Martinez* Report conventionally.

THEREFORE, Interested Parties WCSO and KHP respectfully requests that this Court grant leave to conventionally file a true and correct copy of video recordings constituting Exhibits 2, 4, 5, 6, 7, and 9 of the *Martinez* Report in this case.

Respectfully Submitted,

/s/<u>Dilini Lankachandra</u>
Dilini Lankachandra, #30402
Unified Government of Wyandotte
    County/Kansas City, Kansas
Legal Department
701 N. 7th Street, Suite 961
Kansas City, Kansas 66101
Bus. Tel:(913) 573-5060
Fax:   (913) 573-5243
Email:  dlankachandra@wycokck.org
*Attorney for Interested Party Wyandotte*
    *County Sheriff's Office*


KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Interested Party Kansas*
*Highway Patrol*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, with a hard copy delivered via first-class mail to the Plaintiff Da'Jhon Bostic at the Western Reception & Diagnostic Correctional Center, 3401 Faraon, St. Joseph, Missouri 64506.

/s/Dilini Lankachandra
Dilini Lankachandra