**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**DAJHON AMARIA BOSTIC,**

     **Plaintiff,**

     **v.**　　　　　　　　　　　　　　　　　**CASE NO.  25-3056-JWL**

**WYANDOTTE COUNTY
POLICE DEPARTMENT, et al.,**

     **Defendants.**

### O R D E R

Plaintiff Da'Jhon Amaria Bostic brings this pro se civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*.  Plaintiff's claims are based on his arrest on February 10, 2024.  On May 13, 2025, the Court entered a Memorandum and Order (Doc. 7) ("M&O") finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate Wyandotte County Sheriff's Department and Kansas Highway Patrol officials and ordering the officials to submit a *Martinez* Report.

The *Martinez* Report (Doc. 18) has now been filed by the Wyandotte County Sheriff's Department and the Kansas Highway Patrol as Interested Parties.  This matter is before the Court on the Interested Parties' motion for leave to file Exhibits 2, 4, 5, 6, 7, and 9 of the *Martinez* Report conventionally (Doc. 19).  The motion indicates that the exhibits contain video recordings that cannot be filed electronically.  The Court grants the motion.

**IT IS THEREFORE ORDERED** that the Interested Parties' Motion for Leave to File Conventionally (Doc. 19) Exhibits 2, 4, 5, 6, 7, and 9 of the *Martinez* Report is **granted.**  Exhibits 2, 4, 5, 6, 7, and 9 of the *Martinez* Report shall be filed conventionally.

2

**IT IS SO ORDERED.**

**Dated October 20, 2025, in Kansas City, Kansas.**

<u>**S/   John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**