FILED
U.S. District Court
District of Kansas

DEC 16 2025

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAJHON AMARIA BOSTIC )
Plaintiff, )
) Case No.
) 25-3056-JWL
V. )
)
WYANDOTTE COUNTY )
POLICE DEPARTMENT, et al., )
Defendant's. )

## AFFIDAVIT SHOWING GOOD CAUSE OF THE CASE

Dear honorable judge John W. Lungstrum, this cause herein comes before the court on 7/11/2025, to show good cause and the merits of the case ordered by this honorable court on 5/13/2025.

On 2/10/2024 I was severely injured by Tazer prong's, in which whom Wyandotte County Police improperly removed, and ripped out of my body during the time in which <u>excessive force</u> was unnecessarily committed. Around when I was tazed, I was in severe pain, in which then EMS was called to the *scene for further evaluation to properly remove the Tazer's prong's from my body. BEFORE EMS arrived, arresting officer's on the *scene improperly and recklessly snatched the prong's out of me, in which during that time, he stated "this is gonna hurt." When EMS arrived, they refused to

(1)

seek proper medical protocols due to the officer's interfering with their normal dutys *procedures, by improperly removing the prong's. I was then transferred to Wyandotte County jail without medical evaluation, Where I then complained to have severe pain, located where I was tazed. So I was then evaluated by the facility's nurses, in which they prescribed the proper medications in order to remove the tazer's string out of my body. When I sat in the facility as I was being treated, I was eventually booked in, and charged under case WY-2024-CR-00028 in the criminal justice system. When I was questioned by my attorney for what led to the incident *Events, I told him " I was in fear for my life when I fled in the stolen vehicle", because I was previously out on felony bond for Kansas criminal case WY-2023-CR-001211", and I thought I was being tracked for the electronic device I was on, So I tried to get away, and they lied stating "I was trying to assault" them with the vehicle as I fled, just so they had probable cause to pursue to chase me". I was found guilty for the stolen vehicle, and other crimes I committed, but NOT for the "Assault". I was of course, afraid to go to jail because I was in a stolen vehicle, and I was out on felony bond, in which I was in fear for my life so bad, that when I was fleeing in the vehicle, I didn't realize that I was going the wrong way on the highway, before I was recklessly hit by police head on

(2)

as well. With me being chased down until the car was totaled, being tazed when I complied to 'Stop', then not getting the appropiate ammount of time to surrender, and put my hands up BEFORE I was tazed, and them taking the prong's out of my body recklessly, improperly, and leaving open wound's and scar's on my body, with no regards of how much pain I was in when I was suffering in the grass, on the ground, definitely put's me in a State of Shock, Emotional distress, Mental distress, and depression because of the pain and how I was treated. I suffer from PTSD, depression, and Mental distress still from the incident, I will never forget what happened to me that day, in fact I still take medication's for my trauma called "Remeron" for the depression, "Zoloft" for the mental and Emotional distress, and prescribed pain pill's for my chest and stomach. I still have permanent, and consistant pain near my scar's on my body, since the incident as well, I'm not whether certain if a nerve, or nerve's may have been permanently damaged from the incident, due to the improper removal of the Tazer's prong's or what, but it often sting's whenever I lay on my stomach, work out, as far as push-up, sit-ups, or any physical activity that involves moving around in general. I also believe I may still have tazer prong string's, located inside my body still, and I cannot get an ex-ray due to me being incarcerated because the doctor said "Sense ex-ray's are expensive in the

(3)

Missouri Department of Corrections, there has to be some sort of visual broken or infractured bone's, recent trauma, as far as extremely large wound's, or otherwise, not being able to move, literally." My cell phone was also lost, stolen, or missed placed in the course of the incident, I have pictures, video's, and photo's in that said device of me and of a recent loved one (My step father) who is now deceased, he was killed 10/25/22 on my mother's birthday, in which such traumatizing case, my mother was shot on her own birthday in Kansas City, Missouri, in the process of him being killed as well from gun violence, and I will never be able to retrieve, or see those such photo's, video's, and picture's ever again, nor can I retain them back due to the storage in the cellular device, only being linked to the phone's account, and I stopped making payments on the device, since I got incarcerated, and sense the device was lost, stolen, or misplaced by the officials. I think about this every single day Your Honor, and I regret what I did to put myself in such situation because we all make mistake's, but indeed atleast I take full responsibility, and accountability for my mistake's, but will the official's who did this to me take responsibility on their part, for their mistake's as well? or do they think that they got away with it? I question myself about what could have been done differently to prevent all of this, or if I could've stopped them from what they did to

(4)

me!? I no longer trust police, C.O.'s, or any Security, Safety, or local State officer, deputy, or government official because of the trauma, and because I suffer from Anxiety from the incident as well, because I feel that our civil constitutional right's, and laws is deficient whether we are in the wrong or not, I feel that they do not matter when we are being detained, in custody, or otherwise, being under the supervision, and control of State or federal authorities, which put's me in a state of fear for my safety, due to the trauma as well. They (Authority) lack to abide by the law, which they have provided to us to follow, but yet we are supposed to follow the law, AND be protected by their will, authority, and power over us, rather than fear for our protection and legal right's? It truly traumatized me in a way that I would've never even imagined before the incident occured, instead in fact, I trusted the police, and believed that they (Police) would've been more professional, and considerate of my personal safety, welfare, and being when I stopped like they told me to. I thought maybe they were to abide by State and federal laws, regardless of it being constitutional or not, sense they work for the State and government, and I thought that they were gonna be legally obligated to abide by, and follow proper necessary training procedures, and safety protocol's, of course, sense they have the power of authority to arrest us. It is so horrible, and traumatising that I suffer

(5)

from permanent body pain, and damages, that I have to live with for the rest of my life, I am indeed Emotionally, and Mentally distressed from the whole situation. I would like a restraining order placed on the Defendant's upon and near my release from the Department of Corrections in Missouri, and Kansas, because I fear for my safety, and I fear that such similar offenses will be eager *or to happen again if I were to be released, and be a ongoing target by the officials. Your Honor i'm not sure whether I should even be around the Defendants at all. Judge i'm also sure that, it probably would'nt surprise you if I told you that I was so deeply traumatized from the incident, that I don't go near police, C.O's, or again, any state or local government official, nor do I like speaking to, or communicating with them in any way, shape, or form. I'm also afraid, and very scared of ALL Tazer's, Handcuff's, ALL Mase, Guns, or any weapon of some sort like knives as well. I just ask this Honorable Circuit Court into taking my situation, matter's, abuse, Excessive force, unnecessary recklessness, action's, Constitutional rights, negligence, or otherwise seriously because Justice isn't a privilege, it's a right, especially for the community, and the service the police provides for our community. I believe unnecessary excessive force was exceeded so recklessly that day, that they didn't really scrutinize *whether whether the fact they were violating my civilian Constitutional

(6)

rights that the U.S has guaranteed, because I could have been killed in the process if it weren't a Tazer, but a firearm to be brandished, which I thought it was at first, when I heared a loud "Pop" sound, and then fell to the ground. In fact I don't think they cared about violations of my constitutional rights themselves. I just pray that the world will change some day, starting with the facts herein, so we can come to our sense's and wake up to do what's right, and the same goe's for me as well, because I would endure to do the same if the table's were to be reversed, because I wouldn't want anybody treating me that way, so why should I traumatize somebody else? I learned allot since I've been incarcerated, and became more wise, and mature about my decisions, and choice's. In fact I became a changed individual, repented to god and asked god to forgive me for my evil sin's and crime's I use to commit before I was incarcerated, and I took responsibility for my actions, as a must, because nobody is perfect, so now I believe it is time for the opposing party to come forward, on their behalf, so I can refresh my life and move forward from this once and for all, although I will never forget, it is better to know justice has been served from the incident. Judge I pray and ask's this Honorable Court, deliberately, to please please, sincerely from the bottom of my beloved heart, that you understand my suffering from the incident, and

(7)

further pray that you set an order granting the good cause for the pain I had suffered, and is still recovering from, in which whom I still suffer from today, to avoid this in the future.

    Sincerely, Da'Jhon Amaria Bostic

Dated on this 11th of July, 2025

Respectfully Submitted by: Da'Jhon A. Bostic

Judge Signature: _____

Clerk's Signature: _____

(8)