IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
DEC 29 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

DAJHON AMARIA BOSTIC )
   Plaintiff, )
 ) Case No.
 ) 25-3056-JWL
V. )
 )
WYANDOTTE COUNTY )
POLICE DEPARTMENT, et al., )
   Defendant's. )

Affidavit Showing Good Cause of The Case;

Dear judge Lungstrum, this cause herein comes before the court on 11/7/25, to show good cause of the case ordered by the court. On February 10th, 2024 I was severely injured by Tazer prong's, in which whom Wyandotte County Police improperly ripped out of my chest and stomach during the time excessive force was committed, around when I was tazed I was in severe pain, then EMS was called to the seen for further evaluation to properly remove the prong's out of my body. Before EMS arrived, arresting officer's on the seen snatched the prong's wrecklessly out of me, before he did it, he stated "this is gonna hurt". When EMS arrived they refused to seek medical protocol's due to the officer's improperly removing the prong's. I was then transferred to Wyandotte County jail, where I complained to have severe

pain located where I was tazed. So I was then evaluated by the detention's nurse's, in which they prescribed me pain pills in order to properly remove the left over string's, that where located inside my wound's. When I sat in Wyandotte County jail, I was eventually charged and booked under case number's WY-2023-CR-001211, and WY-2024-CR-00028. I was in fear for my life when I fled from police in the stolen vehicle I was in, in which they also recklessly hit me with there car, because I was already on felony bond for case WY-2023-CR-001211 in Kansas, so of course I was afraid to go to jail because I was in a stolen car, and I was on felony bond. I was in fear for my life so bad, that when I was driving, I didn't realize I was going the wrong way on the highway before I was hit by State police. With me being chased until the car was totaled, and being tazed while I was told to "Stop", which I complied, and then not getting the appropiate ammount of time to surrender BEFORE I was tazed, as well as the prong's being improperly removed, recklessly with no regard's of how much pain I was suffering while on the ground, definitely put me in a State of Shock, Emotional distress, depression because of the pain and how I was treated. Now I have PTSD, I suffer from depression, I take medication's for both called

Remeron and Zoloft. I still have permanent scar's on my body from the incident, I have pain in my chest that I also still take medications for as well, I'm not whether certain if a nerve may have been damaged due to the improper removal of the tazer prong's or what, but it often stings whenever I lay on my stomach, or work out as far as push-ups, sit-ups, or any physical activity that involve's moving around in general. I believe I may still have tazer prong string's located inside my body as well, and I cannot get an ex-ray due to me being incarcerated because the doctor said "sense ex-ray's are expensive in the Department of Corrections, there has to be some sort of visual broken or infractured bone's, recent trauma, extremely large wound's or otherwise not able to move, literally". My phone was also lost or stolen in the course of the incident, I have picture's in that said device of a recent loved one (My step father) who is now deceased, he was killed Oct 25th, 2022 on my mother's birthday, from gun violence, in which such case my mother was shot in the process as well, and I will never be able to retrieve, or see those photo's, video's, and picture's ever again, nor can I retain them back, due to the storage in the cellular device only being linked to the phone's account, and I stopped making payments on the device because there was no need for me to keep making the payment's on the account for

the device sense it was lost, or stolen, or misplaced by the officials. I think about this every single day your honor, and I regret what I did to put myself in such situation, but indeed atleast I take responsibility for my mistakes, but will the officials who did this to me take responsibility on their part as well? I question myself about what could have been done differently to prevent all of this, or if I could've stopped them from doing what they did to me. I no longer trust police, C.O.'s, or any security, safety or state officer, Deputy, or government official because of the trauma, and because I feel that our civil constitutional rights and laws is deficient and do not matter when we are being detained, in custody, or otherwise being under the supervision and control of state or federal authorities, which put's me in a state of fear for my safety due to the trauma as well. They lack to abide by the law, but yet we are supposed to be protected by their will and authority, rather than fear for our protection and rights. It truly traumatized me in a way that I would've never imagined before the incident occured, instead in fact, I trusted, and believed that they would've been more professional, and considerate when I stopped like they told me to. I thought maybe they were to abide by state and federal laws, sense they work for the state and government, and were legally obligated to abide by and follow proper and necessary training procedures, and safety protocols, of course,

Sense they have the power of authority to arrest us. It is so horrible that I suffer from permanent body damages that I have to live with for the rest of my life, I am Emotionally, and Mentally distressed from the whole situation. I would like a restraining order placed on the defendant's upon my release from the Department of Correction's because I fear for my safety, and I fear that such similar offense's will happen again if I were to get released and be a target by the official's. Your honor i'm sure it wouldn't suprise you if I told you that I was so deeply traumatized from the incident, that I don't go near police, C.O's, or any local state or government official, nor do I like speaking or communicating with them in any way, and i'm scared of tazer's, all tazer's, handcuffs, bear mase, any mase in general, and guns. I just ask this honorable circuit court into taking my situation, matters, abuse, Constitutional rights, actions, negligence, or otherwise, Seriously because Justice isn't a privilege, it is a right, especially for the community and the service the police provides for our community, I believe they used unnecessary excessive force so recklessly that day, that they don't really scrutinize whether they were violating my Constitutional right's themselves. I just pray that the world will change some day, so we can come to our senses and do what's right, and I will endure to do the same if the tables

were to be reversed ~~[scribbled]~~ ~~[scribbled]~~ because I wouldn't want anybody treating me that ~~way~~ me, knowing It could traumatize and scar ~~[scribbled]~~ for the rest of ~~[scribbled]~~ my ~~[scribbled]~~ life. I learned allot since I've been incarcerated, and became more wise and mature, In fact I repented to god since I became a changed individual, I asked god for his forgiveness for my evil sins and crimes that I use to commit before I was incarcerated, and I took responsibility for my actions, so now I believe it's time for the opposing party to take responsibility for their's as well, so I can refresh my life and move forward from this once and for all, once justice has been served. Judge I pray and ask's this honorable court, deliberately, to please please, sincerely from the bottom of my beloved heart, that you understand my suffering from the incident, and further pray that you set an order granting the good cause for the pain I had suffered, and still recovering from, in which whom I still suffer from today. Sincerely, Da'Shon Amaria Bostic