FILED
FEB 04 2026
Clerk, U.S. District Court
By: [signature] Deputy Clerk

Dajhon Amaria Bostic
Name
DOC #1411355

8306 E 106st. Kansas City, MO 64134
Address

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Dajhon Amaria Bostic Plantiff<br>*(Full Name)*<br><br>V.<br><br>Master Trooper Garcia, Defendant (s)<br>State Trooper Ramirez, KCPD Officer Woods, KCPD officer Ridgley and KCPD officer Solomon, KCKPD officer Sam Irwin | CASE NO. 25-3056-JWL<br>(To be supplied by the Clerk)<br><br>AMENDED<br>CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

A. JURISDICTION

1) Dajhon Amaria Bostic *(Plaintiff)*, is a citizen of Missouri *(State)* who presently resides at 8306 E 106st. Kansas City, MO 64134 8200 No More Victims Rd. (JCCC). *(Mailing address or place of confinement.)*

2) Defendant Master Trooper Garcia *(Name of first defendant)* is a citizen of Kansas City, Kansas *(City, State)*, and is employed as State Police / State Trooper / [redacted] *KCKPD *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Eighth Amendment and the Fourth Amendment. Free from cruel and unusual punishment, I was tased without a Warning I was going to be tased, the officer abused his power and authority by using unnessary Excessive Force in the process of my cell phone being lost due to the unprofessional Service.

3) Defendant KCPD officer Woods is a citizen of
(Name of second defendant)

Kansas City, Missouri, and is employed as
(City, state)

Kansas City, Missouris Law Enforcement officer At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

Eighth Amendment and the Fourth Amendment. Free from cruel and unusual punishment, I was tased and this offical improply removed the taser prongs, which caused permanant body damage

(Use the additional pages to furnish the above information for additional defendants.)

in the same process of my cell phone being illigally confiscated or "stolen", which in this case is a violation of the 4th Amendment rights to the U.S.C. Unreasonable Search and Seizure

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331; 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

For Officer Woods, he is a KCPD officer in Jackson County, Kansas City, Missouri, but the incident happend in Wyandotte County, Kansas, he was out of his jurisdiction.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was cruelly punished by the officials by getting tased without any verbal warning of it. Then officer "Woods" from the KCPD improperly removed the prongs which caused physical and permanent internal body damage. This was done unprofessionaly as the officer's objective was to detain me, regardless of the facts or what I said, it was not the officers ojective, authority, or job to actually remove the prongs, thats what E.M.S was called for. In the mix of all this, my cell phone was illigally confiscated and stolen.

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8.5" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Eighth Amendment - All person's and citizens that reside in the U.S are free from cruel and unusual punishment, excessive fines, and excessive bail.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Each of the following defendants are involved due to them being present and at the Scene and their Service for KCPD and KCKPD. Master Trooper Garcia, Sam Irwin, officer Ridgley, officer Solomon, officer Wood, and Trooper Ramirez. These officials are affiliated with the incident. This is also a rule for unneccessary Excessive Force as it is cruel.

B) (1) Count II: Fourth Amendment - Free from unreasonable Search and Seizures. Fourteenth Amendment gives more detail about the citizens of the U.S.C.

(2) Supporting Facts: This violation was in affect when my personal cellular device was located and then "mis-placed" or "Stolen" by the officials as it was not described in a Warrant or probable cause and actually had nothing to do with my arrest.

C) (1) Count III: Fourteenth Amendment - Unreasonable Search and Seizures. Not authorized by Warrant but by will by such individual or official.

(2) Supporting Facts: My personal cell phone was illigally confiscated, seized and stolen by the officers and in fact it had nothing to do with my arrest nor was there a warrant for the phone.

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

b) Name of court and docket number N/A

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

d) Issues raised N/A

e) Approximate date of filing lawsuit N/A

f) Approximate date of disposition N/A

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Administrative relief was not sought due to my incarceration and my ability to resolve the issue with the opposing party because of my conviction. I do plan on looking forward for justice in the near future.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I believe that I am entitled for the reimbursment of my lost property and punitive damages for the permanent pain that I am suffering from today in my chest and upper torso area. Or any other damages the court deems neccessary.

Signature of Attorney (if any)

Da'Ghon J. Bostic
Signature of Plaintiff

(Attorney's full address and telephone number)