Supplementary Incident Report

Restricted

#KC24008866   0143

## Supplementary Recovered Stolen Auto

| | | | 6.3.1 |
|---|---|---|---|
| Agency: | Kansas City Missouri Police Department | | |
| Case File ID: | C24000592 | | |
| Case Report #: | KC24008866 | | |
| Date printed: | 03/05/2024 09:01 | | |

Author:      #17922 SCHREINDL, D.                Report time:    02/11/2024 23:40
Entered by:  #17922 SCHREINDL, D.                Entered time:   02/11/2024 23:40
Approved by: #16094 ROPER, A.                    Approval time:  02/15/2024 05:14

Vehicle: [Automobile: Sedan, 4-door] 2018 KIA Sportage Black MO Lic #RE5F6V Value: 17,000.00
VIN: KNDPM2AC3J7472697

Report:

On 02/11/2024 at 0023 hrs, the Stolen Auto desk was notified by the Kansas Highway Patrol. The 2018 Kia Spt (VIN KNDPM3AC3J7472697) was recovered by Officer Irwin. The recovery location was at I-70 SB ramp to Park Dr Kansas City, KS on 02/10/2024 at 2310 hrs. The vehicle was towed to Sante Fe Tow 913-894-6201 on the CRN #2024-001888. There were three suspects taken into custody. Central Property Crimes Unit was notified on 02/11/2024 at 2346 hrs.

/s/ Civ Schreindl #17922

Exhibit A

#KC24008866  0153

## Involved Addresses

| | | | 8.2.1 |
|---|---|---|---|
| Agency: | Kansas City Missouri Police Department | | |
| Case File ID: | C24000592 | | |
| Case Report #s: | KC24008866 / KC24008982 | | |
| Date printed: | 03/06/2024 09:01 | | |

**Involvement: Dispatched location: Offense/Incident location: Property lost location**

1722 E 17TH TER, KANSAS CITY, JACKSON MO 64108 (Division: CPD, Basic car area: 123, RD: PJ1421)

*Associated Documents: None*

**Involvement: Dispatched location: Offense/Incident location**

E 73RD ST and PROSPECT AVE, KANSAS CITY MO USA 64132 (Division: MPD, Basic car area: 242, RD: PJ6498)

*Associated Documents: None*

**Involvement: Vehicle recovery location**

E I-70 HWY and PARK DR, KANSAS CITY KS USA 66102 (Division: OSPD, Basic car area: 999)

*Associated Documents: None*

Exhibit B

Untitled

#KC24008866   0122

the driver of the Kia SUV exit the vehicle and attempt to run away. P.O. Ridgley positively identified the driver of the Kia SUV as Da'Jhon BROSTIC (SUSPECT).

My investigation revealed that BOSTIC, the driver of the Kia SUV completed an aggravated assault on P.O. Mills and P.O. Ridgley.

BOSTIC was taken into custody in Kansas and because the pursuit ended in Kansas, BOSTIC gained new charges in that state and at the time of this report BOSTIC was in the custody of Kansas City Kansas Police (please see KHP CRN: 2024001888 for further). The Kia SUV was towed by Kansas and placed on a hold for our agency. I issued BOSTIC a summons (210894461) for Assault (50-169) on P.O. Mills and a summons (210894462) for Assault (50-169) on P.O. Ridgley. I completed a warrant application in regard for BOSTIC. Detective Burnett with Violent Crimes was notified and he advised city charges. Sgt. Perlman and the Duty Captain Allender (R#601) responded to the scene. Detective Rives with the Traffic Investigation Section was notified and advised that this report would be reviewed and further action in regard to the eluding element of this incident would be determined at a later time.

/S/ P.O. Hernandez #50229

Exhibit C

#KC24008866  0170

| Date/Time | Code | ID | Description |
|---|---|---|---|
| 02/10/24 23:09:37 | $234 | 50229 | DISPOSITION ASSIGNED - 2ND |
| 02/10/24 23:09:37 | $234 | 50229 | UNIT UPDATED - Unit: 234, Status: AM, Location:, Employees: 50209, 50229 |
| 02/10/24 23:09:38 | pd04 | 17981 | EVENT REMARK - 690 -- RUNNING EB TOWARDS 18TH ST EXPRESSWAY |
| 02/10/24 23:09:51 | pd04 | 17981 | EVENT REMARK - 690 -- PASSENGER BAILING NW TOWARDS 18TH ST OR I70 |
| 02/10/24 23:09:58 | pd04 | 17981 | EVENT REMARK - 690 -- RUNNING TOWARDS RR IN WOODS |
| 02/10/24 23:10:29 | pd04 | 17981 | EVENT REMARK - 690 -- KHP TAZER DEPLOYMENT |
| 02/10/24 23:10:44 | pd12 | 17227 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:10:44, Total Assigned Units: 11, |
| 02/10/24 23:10:44 | pd12 | 17227 | UNIT UPDATED - Unit: 311, Status: DP, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 5933, 50015 |
| 02/10/24 23:10:56 | pd04 | 17981 | EVENT REMARK - K984 -- K9 DEPLOYED BITE ON FOOT |
| 02/10/24 23:11:26 | pd04 | 17981 | EVENT REMARK - K984 -- I70/PARK DR JE OF |
| 02/10/24 23:12:13 | $124 | 5999 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:12:13, Total Assigned Units: 10, |
| 02/10/24 23:12:13 | $124 | 5999 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:12:13 | $124 | 5999 | UNIT UPDATED - Unit: 124, Status: AM, Location:, Employees: 5999 |
| 02/10/24 23:12:22 | pd12 | 17227 | EVENT REMARK - KCK ORDERED EMS FOR DOG BITE AND TASER DEPLOYMENT ON THE OTHER PARTY |
| 02/10/24 23:13:00 | pd04 | 17981 | EVENT REMARK - 690 -- DRIVER IN CUSTODY |
| 02/10/24 23:13:07 | pd04 | 17981 | EVENT REMARK - 690 -- 2 PTYS IN CUSTODY |
| 02/10/24 23:13:23 | pd04 | 17981 | EVENT REMARK - 690 -- SS OF I70 IN EB LANES |
| 02/10/24 23:13:43 | pd12 | 17227 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:13:43, Total Assigned Units: 11, |
| 02/10/24 23:13:43 | pd12 | 17227 | UNIT UPDATED - Unit: 240, Status: DP, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 4605 |
| 02/10/24 23:13:51 | pd04 | 17981 | EVENT REMARK - 240 -- THREE PTYS IN CUSTODY |
| 02/10/24 23:14:40 | pd04 | 17981 | EVENT REMARK - 240 -- WEAPON RECOVERED |
| 02/10/24 23:15:10 | pd15 | 16132 | UNIT UPDATED - Unit: 240, Status: AR, Location: E 74TH ST/PROSPECT AVE KCMO, Employees: 4605 |
| 02/10/24 23:16:25 | pd03 | 17791 | EVENT UPDATED - Total Assigned Units: 10, |
| 02/10/24 23:16:25 | pd03 | 17791 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:16:25 | pd03 | 17791 | UNIT UPDATED - Unit: 690, Status: AV, Location:, Employees: 5412, 5930 |
| 02/10/24 23:16:51 | pd15 | 16132 | EVENT REMARK - SAID MALE THREW A BA TO THE SOUTH |
| 02/10/24 23:17:10 | pd10 | 17453 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:17:10 | pd10 | 17453 | UNIT UPDATED - Unit: 146, Status: AM, Location:, Employees: 5884, 5940 |
| 02/10/24 23:17:11 | pd10 | 17453 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:17:11, Total Assigned Units: 9, |
| 02/10/24 23:17:33 | $361 | 50198 | EVENT UPDATED - Rms Transfer Time: 02/10/24 23:17:33, Total Assigned Units: 8, |
| 02/10/24 23:17:33 | $361 | 50198 | DISPOSITION ASSIGNED - HBO |
| 02/10/24 23:17:33 | $361 | 50198 | UNIT UPDATED - Unit: 361, Status: AM, Location:, Employees: 50100, 50198 |

Exhibit D

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Daijhon Amaria Bostic,

    Plaintiff,   Civil Action No.

25-3056-JWL

VS. Wyandotte County, Police Department,

    Defendant(S).

## SUMMONS

## TO THE ABOVE DEFENDANT(S):

You are hereby Summoned and required to Serve upon the plaintiff, Whose address is 2306 E 106 St. Kansas city, Missouri 64134 and answer to the complaint which is herewith Served upon you, Within 20 days after Service of this Summons upon you, exclusive of the day of service, or 60 days if the U.S Government or officer/agent thereof is a defendant. If you fail to do So, judgment by default will be taken against you for the relief damanded in the complaint.

Clerk's Signature: _____

Date: _____

## Certificate Of Service

I hereby certify that on the day of Febuary 24th the foregoing SUMMONS was mailed in to be filed by notice through the Clerk of the District Court's for the District of Kansas to be served for the Defendant[S], and by the operation of the court's filing System.

Date: Febuary 24th, 2025

Judge Signature Print: _____

Clerk Signature Print: _____

(Plaintiff) Print Signature:

Da' Jhan a. Baltic

Respectfully Submitted,

Da' Jhan a. Baltic