IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAJHON AMARIA BOSTIC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 25-3056-JWB-RES |
| | ) |
| **(FNU) GARCIA and (FNU) WOOD,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## INTERESTED PARTY KANSAS HIGHWAY PATROL'S
## NOTICE OF INCORRECT ADDRESS

Interested Party Kansas Highway Patrol (KHP) notifies the court that the address provided in the Second Amended Complaint ("Complaint") for Defendant Master Trooper Garcia is incorrect. Accordingly, the waiver-of-service form was mailed to the wrong address. The undersigned counsel contacted the clerk's office and learned that the waiver-of-service form for Garcia was mailed to the address for the Wyandotte County Police Department that Plaintiff provided (Doc. 31 at 18).

Technically, Plaintiff included in the Second Amended Complaint a copy of the original complaint, which at the time was actually providing an address for Wyandotte County Police Department as the former defendant. (*See* Doc. 1 at 10.) But he did not provide any different addresses for the current Defendants Garcia or Wood, so the clerk's office appears to have interpreted it as the address provided by Plaintiff for both Garcia and Wood.

The allegations in the Complaint make clear that Master Trooper Garcia works for the State of Kansas, not for the Wyandotte County Police Department. (Doc. 31 at 2.) The address is legally improper under Federal Rule of Civil Procedure 4(d)(1)(A)(i) ("The notice and request must . . . be in writing and be addressed . . . to the individual defendant") and under the sections

of Federal Rule of Civil Procedure 4 and K.S.A. 60-304 that designate what the proper address(es) would be. The docket does not contain an electronic copy of the waiver-of-service form, so Defendant Garcia may be unable to return the waiver-of-service form if he does not receive it. Interested Party Kansas Highway Patrol files this notice to proactively address this issue with the court.

                                      Respectfully submitted,

                                      KRIS W. KOBACH
                                      ATTORNEY GENERAL OF KANSAS

                                      */s/ Matthew L. Shoger*
                                      Matthew L. Shoger, KS No. 28151
                                      Assistant Attorney General
                                      Office of the Attorney General
                                      120 SW 10th Ave.
                                      Topeka, Kansas 66612-1597
                                      matt.shoger@ag.ks.gov
                                      785-296-2215
                                      Fax: (785) 291-3767
                                      *Attorney for Interested Party KHP*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of February, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Da'jhon Amaria Bostic #1411355
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101
*Plaintiff, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General