From: Dajhon Amaria B. Stic-1411355-H47-C212
8200 No More Victims Rd.
Jefferson City, Missouri 65101
Jefferson City Correctional Center.

FILED
MAR 27 2026

Clerk, U.S. District Court
By: _____ Deputy Clerk

Dear Clerk of the Courts, My name is Dajhon Amaria Bostic and I currently have a pending civil suit case in your District Court, which is Kansas. My civil suit case number is 25-CV-3056-JWL, I am reaching out and informing the court and my Judge John W. Lungstrum that sense I am Pro-se and representing myself while im incarcerated, the court has to withdraw or set an order to take or withdraw the $405.00 filing fee, or monthly payments off my checking account/Books. I reached out to the financial officer in my institution and they stated "Please seek attorney assistance. Thank you." and "You will need to reach out to your attorney to make sure it was filed with MO DOC to have ammount deducted from your account". I am not sure how this works because I appear Pro-se without an attorney, so there is no way I could "reach out to my attorney" if I am Pro-se. I just need you to please inform my judge and the courts whats going on because without an attorney or any legal assistance I cannot pay the satisfied filing fee on time, it is a huge delay because I am incarcerated and the court has not took or withdraw the money off of my checking account to pay the satisfied filing fee. Thank you for your time, I will attach a form with this letter for the response—

RECEIVED

NOV 0 4 2025

WRDCC RECORDS

## LETTER OF CORRESPONDENCE

Date: 10/24/25

Offender Name: Dajhon Bostic    Offender Number 1411355

Floor _____ 2nd _____ Wing ___ H ___ Room ___ H258 ___

### Check Request Below Of Department Needed

Chaplain ____ Case Manager ____ Business Office ____ Haircut ____ Records _X_
Institutional Activities Coordinator ____ Notary ____ Property ____ Library (Non-Legal) ____
Library(IRS) _____ Employment Specialist ____ Institutional Reentry Coordinator ____

~~Letter of Incarceration~~ Case # 25-3056-JWL and current case!!

**FOR A LETTER OF INCARCERATION, YOU MUST INCLUDE A STAMPED, ADDRESSED ENVELOPE FOR RECORDS TO MAIL IT OUT IN**

ISSUE: I have a pending case in Kansas, my case number is 25-3056-JWL, I have discussed this with my case Manager and she told me to write records to see why my account hasn't been charged for the $10 a month filing fee for the civil Action §1983 lawsuit I filed in Kansas. It was ordered that I pay the $10 a month on 05/13/2025 and im a little behind on court fees right now, plus I dont have a lawyer and im Pro-Se. IS there anyway you guys can look into this to see why I haven't been getting charged for my civil case and my criminal case please? because I have no other way to pay sence im incarcerated. I also have the Motions and orders the judge filed as well.

DO NOT WRITE BELOW THIS LINE

STAFF RESPONSE:

You will need to reach out to your attorney to make sure it was filed with mo doc to have pmt debited from your acct.

This LOC should be placed in the LOC box on the way to Mainline, located in the sallyport of the module, outside your wing. It can be alternately placed in the mailbox, if needed.
Place all Medical and Mental Health correspondence in the HSR box on your wing.
All Probation and Parole Correspondence should be on an approved P&P LOC, and placed in the Mail Box on your wing. For Legal Library requests please request an SULR from your case manager.

## LETTER OF CORRESPONDENCE

Date: 10/24/25

Offender Name: DaJhon Bostic    Offender Number 1411355

Floor 2nd    Wing H    Room H258

### Check Request Below Of Department Needed

Chaplain _____ Case Manager _____ Business Office X Haircut _____ Records _____
Institutional Activities Coordinator _____ Notary _____ Property _____ Library (Non-Legal) _____
Library(IRS) _____ Employment Specialist _____ Institutional Reentry Coordinator _____

Letter of Incarceration Case # _____

**FOR A LETTER OF INCARCERATION, YOU MUST INCLUDE A STAMPED, ADDRESSED
ENVELOPE FOR RECORDS TO MAIL IT OUT IN**

ISSUE: I have a lawsuit in Kansas, my case number is
5:25-CV-03056-JWL or 25-3056-JWL. My judge John W. Lungstrum
ordered that I pay $10 a month while im incarcerated at WRDCC.
You can look this up to find additional information. I was ordered to pay
$10 a month for a civil Action §1983 Suit that I filed in Kansas on
05/13/2025. The full payment of the filing fee is $350.00, but the
institution hasn't been charging my account for it and im a little behind
on the payments, Can you please look into this to see why they
haven't been charging my account to proceed with my civil case
in Kansas??? I also have copy's of the Motion's and Order's from the
judge.

DO NOT WRITE BELOW THIS LINE

STAFF RESPONSE:
Please seek attorney assistance. Thank you

This LOC should be placed in the LOC box on the way to Mainline, located in the sallyport of the
module, outside your wing. It can be alternately placed in the mailbox, if needed.
Place all Medical and Mental Health correspondence in the HSR box on your wing.
All Probation and Parole Correspondence should be on an approved P&P LOC, and placed in the
Mail Box on your wing. For Legal Library requests please request an SULR from your case manager.

(Rev. 12/2023)

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

## INFORMATION AND INSTRUCTIONS

## FOR PRISONERS FILING

## CIVIL RIGHTS COMPLAINTS UNDER 42 U.S.C. § 1983 or BIVENS ACTIONS

### 1. FORMS

The attached form is to assist you in the preparation of a complaint seeking relief for violation of civil rights either under 42 U.S.C. § 1983 (defendants are state officials) or in a Bivens action (defendants are federal officials).These forms may be filled out by typewriter or by hand. Handwriting must be clear and readable. Every question on the forms must be answered, even if your answer is "no," or "don't know." The use of forms is required by D. Kan. Rule 9.1(a).

Do not write on the back of the complaint forms. If you need more space, use additional sheets of paper. Federal rules require that the complaint be a BRIEF statement. Stick to the facts (who, what, when, where, why, how). Always include dates, times, places, and names.

Pursuant to D. Kan. Rule 7.1(d)(2), the argument and authorities section of a brief or memorandum in a civil action may not exceed 40 pages absent an order of the court.

### 2. COPIES NOT REQUIRED

Pursuant to D. Kan. Rule 9.1(h), petitioners, movants, and plaintiffs need only submit the ORIGINAL petition, motion, or complaint to the clerk for filing. Additional copies are not required.

It is your responsibility to keep a copy for your records of every complaint and other document or letter that you send to the court.

### 3. SIGNATURE REQUIRED

You must personally sign the complaint, motion, or petition. If there is more than one plaintiff, each person must sign. You may not sign for anyone else.

### 4. TENDER OF PLEADINGS

When your complaint or pleading is completed, it should be transmitted to the clerk of the court with the appropriate filing fee or in forma pauperis motion.

If you are incarcerated in a facility with mandatory electronic filing, you should follow instructions available at the facility for transmitting the pleading electronically to the court.

(Rev. 12/2023)

If you are not subject to mandatory electronic filing, you should mail the pleading to:

SKYLER B. O'HARA, CLERK OF COURT
UNITED STATES DISTRICT COURT
444 S.E. QUINCY
TOPEKA, KANSAS 66683

5.  FILING FEES

The complaint must be accompanied by a filing fee or a motion for leave to proceed in forma pauperis. The statutory filing fee for civil rights complaints is $405.00.[1] If you cannot afford to prepay the filing fee, you may request permission to proceed in forma pauperis by completing a form motion available from the court and submitting certified copies of your institutional financial records for the six months preceding your motion for leave to proceed in forma pauperis.

After receiving these materials, the court will assess an initial partial filing fee that is the greater of (a) 20% of the average monthly deposits in your account for the past six months; OR (b) 20% of the average monthly balance in your account for the past six months.

If your motion is granted, you will be allowed to pay the filing fee in installments, and you must pay 20% of each month's income in every month your institutional account balance exceeds ten dollars ($10.00) until the full filing fee is paid. See 28 U.S.C. § 1915(b). The financial officer of the facility where you are incarcerated will be directed to make these payments, and it is your responsibility to cooperate with facility personnel to authorize these arrangements. The failure to cooperate may result in sanctions by the court. You must pay the full filing fee even if your case is dismissed by the court.

If you have no assets, you will not be prohibited from bringing an action without payment of an initial partial fee. See 28 U.S.C. § 1915(b)(4). However, when you receive assets, you must pay the filing fee as described.

If you have had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim, you are no longer eligible to proceed without prepayment of the full filing fee unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

6.  SERVICE

Once you have submitted the portion of the filing fee directed by the court, the court will review your claims to determine whether summons or waiver of summons forms should be issued to the defendants. Your complaint should list the complete name and address of each person named as a defendant. Without this information, the Clerk cannot prepare summons or waivers for issuance by the Marshal. See Rule 4 of the Federal Rules of Civil Procedure.

(Rev. 12/2023)

7. AFTER THE COMPLAINT IS FILED

You must comply with court rules, which include keeping the court informed in writing of your current address. See D. Kan. R. 5.1(b)(3). If you fail to comply with this or any other court rule or fail to comply with any court imposed deadline, your case may be dismissed for failure to prosecute.

Exhibits included with the complaint or a pleading are considered part of the court record and will not be returned.

8. MOTIONS

A request for any type of relief must be in the form of a proper motion beginning with the case caption and title of the motion.

Any pleading submitted to the Court must include the case caption and the case number. The pleading will only be filed in the case listed at the top of the pleading.

9. COMMUNICATION WITH THE COURT

It is improper to communicate directly with a Judge or Magistrate Judge concerning matters which are or may become a subject in Court. Procedural questions may be directed to the clerk's office, but Judges, Magistrate Judges, and court staff are prohibited from giving legal advice.

10. EXHAUSTION OF ADMINISTRATIVE REMEDIES UNDER THE PRISON LITIGATION REFORM ACT (PLRA)
You may not bring an action challenging prison conditions under 42 U.S.C. § 1983 or any other federal law until you have exhausted available administrative remedies.

---

[1] Effective December 1, 2023, there is a $55 general administrative fee for filing a civil action, suit, or proceeding in a district court. This fee is in addition to the existing civil filing fee of $350. Therefore, effective December 1, 2023, the total fee for filing a new civil case will be $405. This fee is part of the "District Court Miscellaneous Fee Schedule", established by the Judicial Conference of the United States, pursuant to 28 U.S.C. § 1914. The $55 fee does not apply to persons granted in forma pauperis status under 28 U.S.C. § 1915.

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

DAJHON AMARIA BOSTIC,

Plaintiff,

vs.

WYANDOTTE COUNTY POLICE
DEPARTMENT,

Defendant.

Case No. 25-3056-JWL

NOTICE TO PLAINTIFF

IT IS HEREBY ORDERED AT THE DIRECTION OF HONORABLE JOHN W. LUNGSTRUM, United States District Judge:

Your Complaint has been received, but it is deficient for the reason(s) below:

COMPLAINT IS NOT UPON COURT-APPROVED FORMS. See D.Kan. Rule 9.1(a). Forms are enclosed and you must re-submit your complaint upon these forms.

CIVIL ACTION FILING FEE NOT SATISFIED. You have not paid the fees for filing a civil action of $405.00 and you have not submitted a motion to proceed without prepayment of fees. See 28 U.S.C. § 1914. Your case may not go forward until you satisfy the statutory filing fee prerequisites in one of these two ways. Forms for filing a motion to proceed without prepayment of fees are enclosed.

You are required to correct the foregoing deficiencies within thirty (30) days of the date of this Notice. If you fail to comply within the prescribed time, the Judge presiding over your case

will be notified of your non-compliance, and this action may be dismissed without further notice for failure to comply with this court order.

**IT IS THEREFORE BY THE COURT ORDERED** that the PLAINTIFF is granted until April 28, 2025 in which to correct the foregoing deficiencies or this action may be dismissed without prejudice and without further notice.

**IT IS SO ORDERED** on Thursday, March 27, 2025.

Skyler B. O'Hara
Clerk of the Court
by S. Nielsen-Davis, Deputy Clerk

Da'jhon Amaria Bostic - C212-1411355-Hu-7
Jefferson City Correctional Center.
8200 No More Victims Rd.
Jefferson City, MO 65101

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

Note: This is Legal
Mail For The
Court !!!

7C

MAILED FROM
JEFFERSON CITY
CORRECTIONAL CENTER



UNITED STATES
OF AMERICA
FOREVER/USA

TO: SKyler B. O'Hara

ClerK of the Court
United States District Court
444 S.E Quincy, TopeKa, Kansas 66683