**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| DAJHON AMARIA BOSTIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-3056-JWB-RES |
| | ) | |
| WYANDOTTE COUNTY | ) | |
| POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General Adam Merello enters his appearance as lead counsel of record on

behalf of Defendant Justin Wood in the above-referenced case.

Respectfully Submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Adam J. Merello*
Adam J. Merello
D. Kan. #79326, #72420MO
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(816) 889-5008
Adam.Merello@ago.mo.gov
*Attorney for Defendant Officer Wood*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the CM-ECF system on all counsel of record, and via U.S. Mail to:

Legal Mail
Da'jhon Amaria Bostic #1411355
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101
*Pro Se*

/s/ Adam J. Merello
Assistant Attorney General