**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAJHON AMARIA BOSTIC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. 25-3056-JWB-RES** |
| | ) |
| **(FNU) GARCIA and (FNU) WOOD,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned Scott Nading, Assistant Attorney General, and hereby

enters his appearance as co-counsel for Defendant Garcia.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Scott G. Nading*
Scott G. Nading, KS No. 29665
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
scott.nading@ag.ks.gov
Tel: (785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendant Garcia*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Da'jhon Amaria Bostic #1411355
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101
*Plaintiff, pro se*

/s/ Scott G. Nading
Scott G. Nading
Assistant Attorney General