**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAJHON AMARIA BOSTIC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 25-3056-JWB-RES** |
| ) | |
| **(FNU) GARCIA and (FNU) WOOD,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendants Garcia and Wood should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein.  This is the first request for an extension.  Defendants' answer or other responsive pleading was originally due April 14, 2026.  The time to answer has not expired. Defendants' answer or other responsive pleading is now due on or before April 28, 2026

Dated this _14th_ day of _April_____ 2026.

Clerk of the United States District Court
For the District of Kansas

By: _____s/ M. Lockett_____
Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2026, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy also served by means of first-class mail, postage prepaid, addressed to:

Da'jhon Amaria Bostic #1411355
Jefferson City Correctional Center
8200 No More Victims Road
Jefferson City, Missouri 65101
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General