# Missouri Department Of Corrections
# Offender Search



**DEFENDANT'S EXHIBIT A**

## Offender data is current as of 04/01/2026 09:00 PM.

| Offender Photo List | Return to Offender Search |
|---|---|



**DOC ID**  1411355
**Offender Name**  Dajhon A Bostic
**Race**  Black
**Sex**  Male
**Date of Birth**  06/09/2005
**Height/Weight**  5'7" / 190
**Hair/Eyes**  Brown / Brown

**Assigned Location**  Jefferson City Correctional Center

**Address**  8200 No More Victims, Jefferson City, MO 65101

**Assigned Officer**

**Phone Number**  (573) 751-3224

**Sentence Summary**  10 Years (10, 10, 4, 10, 7, 7, 7, 7, 7, 4, 7, 7 CC)

**Active Offenses**
ROBBERY - 1ST DEGREE - ATTEMPT (2 CTS); BURGLARY 1ST DEGREE - ATTEMPT; RESIST ARREST/DETENTION/STOP BY FL (3 CTS); TAMPERING WITH MOTOR VEHICLE - 1ST (7 CTS)

**Completed Offenses**  Completed sentence not found

**Aliases**  Jayzire Hill; Dajhon Bostic; Dajhon Amaria Bostic; Dajhon A Bostic

Please note -- this site only provides general search information. Specific questions about an offender's status should be addressed to the institutional caseworker or the Probation and Parole field officer.

Please direct any questions regarding the information obtained on this site to the DOC Constituent Services Office.

If you are a victim, please direct any questions regarding the information obtained on this site to the DOC Victim Services Office.