## Case.net:2316-CR03624 - ST V DAJHON A BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄



**08/22/2023**

> **CRIFS/Unredacted Document**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **Probable Cause Statement Filed**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **Complaint Filed**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **CRIFS/Unredacted Document**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **List of Witnesses**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **Background Sheet Filed**
>
> **Filed By:** KRISTIANE NICOLE BRYANT
>
> **Bond Set**
> Amount of Bond Set - 50000; CASH
>
> **Special Conditions**
> CHA total lockdown with GPS bracelet; no contact with victims, witnesses, co-defendants; Not toposses or be in the presence of a firearm
>
> **Warrant Prepared**
> Document ID: 23-KTCAW-384, for BOSTIC, DAJHON A Bond Amount: 50000.00 MOKPD0000-KCPD-$50,000 CASH-CHA total lockdown with GPS bracelet; no contact with victims, witnesses, co-defendants; Not to posses or be in the presence of a firearm-SET DATE 1:30 PM ON TUES AND THURS (10) WORKING DAYS AFTER BOND POSTED MB/

**08/24/2023**

> **Initial Appearance**
>
> **Associated Entries: 08/24/2023 - Initial Appearance Held**
> **Scheduled For:** 08/24/2023; 1:00 PM; JERRI J ZHANG; Criminal Justice Center
>
> **Notice of Service**
> warrant served 2316-CR03624; Electronic Filing Certificate of Service.
> Warrant Served
> Document ID - 23-KTCAW-384; Served To - BOSTIC, DAJHON A; Server - ; Served Date - 24-AUG-23; Served Time - 00:00:00; Service Type - Police Department; Reason Description - Served
>
> **Initial Appearance Held**
>
> **Associated Entries: 08/24/2023 - Initial Appearance**
> **Scheduled For:** 08/24/2023; 1:00 PM; JERRI J ZHANG; Criminal Justice Center
>
> **Order**
> Bond Review Hearing set in Division 29 on SEPTEMBER 5, 2023 at 10:30 AM.
>
> **Bond Review Hearing Scheduled**
>
> **Associated Entries: 09/05/2023 - Hearing Held**
> **Scheduled For:** 09/05/2023; 10:30 AM; JANETTE KAY RODECAP; Criminal Justice Center

**08/28/2023**

**Correspondence Filed**
CHA INELIGIBLE; Electronic Filing Certificate of Service.

**09/05/2023**

**Filing:**
APPEAL OF DENIAL OF SERVICES FROM MISSOURI STATE PUBLIC DEFENDER SYSTEM AND AFFIDAVIT OF DEFENDANT

**Judge Assigned**

**Hearing Held**

    **Associated Entries: 08/24/2023 - Bond Review Hearing Scheduled**
    **Scheduled For:** 09/05/2023; 10:30 AM; JANETTE KAY RODECAP; Criminal Justice Center

**Indigency Hearing Scheduled**

    **Associated Entries: 09/07/2023 - Hearing Held**
    **Scheduled For:** 09/07/2023; 10:00 AM; JERRI J ZHANG; Criminal Justice Center

**Order for Continuance**
Division 3 on THURSDAY, SEPTEMBER 7, 2023 at 10:00 AM

**09/07/2023**

**Hearing Held**

    **Associated Entries: 09/05/2023 - Indigency Hearing Scheduled**
    **Scheduled For:** 09/07/2023; 10:00 AM; JERRI J ZHANG; Criminal Justice Center

**Order for Continuance**
Indigency hearing held. Defendant indigent pursuant to RSMo. 600.086. Bond Review Hearing continued to September 13, 2023 at 3:30 PM in Division 3. NO OCN: Defendant directed to law enforcement for fingerprinting (Mo. Sup. Ct. R. 22.08 and 21.10).

**Bond Review Hearing Scheduled**

    **Associated Entries: 09/13/2023 - Bond Review Hearing Held**
    **Scheduled For:** 09/13/2023; 3:30 PM; JERRI J ZHANG; Criminal Justice Center

**09/08/2023**

Entry of Appearance Filed
entry of appearance; Electronic Filing Certificate of Service.
    **On Behalf Of:** DAJHON A. BOSTIC
Motion for Bond Reduction
defendants motion for pretrial release on personal recognizance or in the alternative for a bond reduction; Electronic Filing Certificate of Service.
    **On Behalf Of:** DAJHON A. BOSTIC
**Standard Discovery Filed**
request for discovery under rule 2503 upon filing of felony complaint; Electronic Filing Certificate of Service.
    **On Behalf Of:** DAJHON A. BOSTIC

**09/13/2023**

**Bond Review Hearing Held**

    **Associated Entries: 09/07/2023 - Bond Review Hearing Scheduled**
    **Scheduled For:** 09/13/2023; 3:30 PM; JERRI J ZHANG; Criminal Justice Center

**Order to Modify**
Order Modifying Bond to $50,000 ROR and modifying conditions. Arraignment Hearing set on October 2, 2023 at 2:00 PM in Division 3. NO OCN: Defendant directed to law enforcement for fingerprinting (Mo. Sup. Ct. R. 22.08 and 21.10).

**Bond Set**
$50,000 ROR

**Ord for Fingerprint and Photos**

**Special Conditions**

Defendant shall have no contact with the victim(s), witness(es), and co-defendants. Contact for purposes of this order shall include, but is not limited to, direct or indirect contact made by or through defendant or third parties, telephone, email, text, social media, or cell phone application, social media application, or the like. Defendant shall not possess or be in the presence of any firearm(s). Supervision and Monitoring: JCDC Population Control ordered to screen for and the Defendant shall be placed on: County House Arrest Electronic Monitoring Equipment Requirement: GPS Monitoring: Ankle Bracelet Travel and Location: House Arrest ¿ Total Lockdown

**The Court Further Orders**

Other bond conditions: Defendant shall not drive or be in any vehicle not registered to him, excluding public transit.

**Arraignment Scheduled**

    **Associated Entries: 09/29/2023 - Casefile Tranf GrandJury Indmt**
    **Scheduled For:** 10/02/2023; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

**09/21/2023**

**Correspondence Filed**

CHA INELIGIBLE; Electronic Filing Certificate of Service.

**09/29/2023**

**Casefile Tranf GrandJury Indmt**

    **Associated Entries: 09/13/2023 - Arraignment Scheduled**
    **Scheduled For:** 10/02/2023; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

## Case.net:2316-CR03624-01 - ST V DAJHON A BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**09/29/2023**

    **Judge Assigned**
    **Public Grand Jury Indict filed**

       **Filed By:** DAJHON A. BOSTIC
    **Criminal Summons Requested**

       **Filed By:** DAJHON A. BOSTIC
    **Bond Set**
    BOND TO REMAIN AS PREVIOUSLY SET.
       **Filed By:** DAJHON A. BOSTIC
    **Special Conditions**
    SPECIAL CONDITIONS SHALL REMAIN IN EFFECT.
       **Filed By:** DAJHON A. BOSTIC
    **CRIFS/Unredacted Document**

       **Filed By:** DAJHON A. BOSTIC
    **List of Witnesses**

       **Filed By:** DAJHON A. BOSTIC
    **Arraignment Scheduled**

       **Associated Entries: 10/02/2023 - Arraignment Held**
       **Scheduled For:** 10/02/2023; 2:00 PM; JERRI J ZHANG; Criminal Justice Center
    **Criminal Summons Issued**
    Document ID: 23-CRSU-1445, for BOSTIC, DAJHON AMARIA
    **Return Service - Other**
    Document ID - 23-CRSU-1445; Served To - BOSTIC, DAJHON AMARIA; Server - ; Served Date - 29-SEP-23; Served Time - 00:00:00; Service Type - Other; Reason Description - Other; Service Text - SUMMONS SENT TO JCDC VIA TUBE 09/29/2023. JM

**10/02/2023**

    **Judge Assigned**
    Correspondence Filed
    CHA INELIGIBLE; Electronic Filing Certificate of Service.
    **Arraignment Held**

       **Associated Entries: 09/29/2023 - Arraignment Scheduled**
       **Scheduled For:** 10/02/2023; 2:00 PM; JERRI J ZHANG; Criminal Justice Center
    **Order**
    Arraignment held on October 2, 2023 in Division 3. Case assigned to Division 1. Pretrial conference on October 20, 2023 at 10:30AM.
    **Pre-trial Conference Scheduled**

       **Associated Entries: 10/20/2023 - Pre-Trial Conference Held**
       **Scheduled For:** 10/20/2023; 10:30 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**10/04/2023**

    **Standard Discovery Filed**
    Request for Discovery; Electronic Filing Certificate of Service.
    Response Filed
    States Response to Discovery Request; Electronic Filing Certificate of Service.

**10/10/2023**

Designation of Lead Attorney

Designation of Lead Attorney; Electronic Filing Certificate of Service.

**Filed By:** RYAN LEE MILLER

Withdrawal of Attorney Filed

Withdrawal of Attorney; Electronic Filing Certificate of Service.

**Filed By:** RYAN LEE MILLER

**Standard Discovery Filed**

REQUEST FOR DISCOVERY UNDER RULE 25.03; Electronic Filing Certificate of Service.

**Filed By:** LENA RANDTKE

**On Behalf Of:** DAJHON A. BOSTIC

Response Filed

DEFENDANTS RESPONSE TO THE STATES REQUEST FOR DISCOVERY; Electronic Filing Certificate of Service.

**Filed By:** LENA RANDTKE

**On Behalf Of:** DAJHON A. BOSTIC

**10/18/2023**

Answers to Disclosure Filed

Notice of Disclosure; Electronic Filing Certificate of Service.

**Filed By:** RYAN LEE MILLER

**10/20/2023**

**Order**

Order Following Pretrial Conference and GRANTING Motion for Bond Modification.

**Special Conditions**

1. The condition of County House Arrest supervised through Jackson County Population Control shall be and is hereby REMOVED. 2. The Defendant SHALL be subject to pretrial supervision by Northland Dependency Services with the following conditions, in that the Defendant SHALL: a. Be subject to GPS ankle bracelet and phone application monitoring at a high level with house arrest with permitted leave for legal, medical and verified employment only; 2 i. Compliance with GPS ankle bracelet monitoring shall mean that the bracelet charge does NOT fall below 75%. Failure to keep the bracelet charge to at least 75% may result in the issuance of a warrant. ii. Compliance with GPS phone application monitoring shall mean no less than 75% compliance with required facial recognition or other check-ins through the RePath application. Failure to maintain 75% check-in compliance may result in the issuance of a warrant. iii. The Defendant SHALL NOT be released without a letter from the pretrial supervision agency, and the supervision requirements MUST be established and verified prior to issuance of a letter for release. 1. The Defendant SHALL be set up on electronic monitoring equipment prior to release to ANY holds. After being set up on electronic monitoring the Defendant MAY be released to pending holds. b. Be subject to a curfew between 7:00 PM and 7:00 AM unless otherwise ordered by the Court; c. Not operate a motor vehicle unless properly licensed and insured; d. Have no contact with any victim(s), witness(es) or co-defendant(s)- contact for purposes of this order shall include, but it not limited to, but is not limited to contact made by or through the Defendant or any third party, through phone, text, email, social media application/platform, cell phone application or the like; Not be within 1000 feet of any victim(s), victim(s) residence or victim(s) place of employment; f. Not possess or be in the presence of firearms, ammunition, firearm component(s) or other deadly weapons(s), and shall not occupy a residence or vehicle in which a firearm is located; g. Not possess or consume alcohol or any controlled substance, unless prescribed to the Defendant by a qualified medical professional, and shall submit to random testing for drugs and/or alcohol use through random urinalysis; and h. Shall actively see and/or maintain full-time employment.

**Case Mgmt Conf Scheduled**

    **Associated Entries: 11/06/2023 - Case Mgmt Conf Held**

    **Scheduled For:** 11/03/2023; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**Pre-Trial Conference Held**

    **Associated Entries: 10/02/2023 - Pre-trial Conference Scheduled**

    **Scheduled For:** 10/20/2023; 10:30 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**10/25/2023**

Answers to Disclosure Filed

Notice of Disclosure; Electronic Filing Certificate of Service.

**Filed By:** RYAN LEE MILLER

**11/03/2023**

**Order**

Scheduling Order.

**Pre-trial Conference Scheduled**

**Associated Entries: 04/30/2024 - Hearing Continued/Rescheduled**
**Scheduled For:** 05/16/2024; 1:30 PM; SARAH A CASTLE; Kansas City Criminal/Traffic

**Jury Trial Scheduled**

**Associated Entries: 04/30/2024 - Hearing/Trial Cancelled**
**Scheduled For:** 05/28/2024; 9:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**11/06/2023**

**Case Mgmt Conf Held**

**Associated Entries: 10/20/2023 - Case Mgmt Conf Scheduled**
**Scheduled For:** 11/03/2023; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**12/07/2023**

**Bond-Released on Own Recog**

**12/18/2023**

**Notc Change of Address Filed**

Per Bond Paperwork

**03/22/2024**

**Motion to Revoke Bond**

Motion to Revoke Bond; Exhibit1; Exhibit 2; Exhibit 3; Electronic Filing Certificate of Service.

**Filed By:** RYAN LEE MILLER

**Associated Entries: 03/25/2024 - Motion Granted/Sustained**

**Associated Entries: 03/25/2024 -**

**Order**

+

**03/25/2024**

**Motion Granted/Sustained**

**Associated Entries: 03/22/2024 - Motion to Revoke Bond** +

**Order**

Order Granting Motion to Revoke Bond and to Issue Warrant

**Associated Entries: 03/22/2024 - Motion to Revoke Bond** +

**Bond Revoked**

**Bond Set**

Amount of Bond Set - 0; NO BOND

**03/26/2024**

**Warrant Issued**

Document ID: 24-KTARW-144, for BOSTIC, DAJHON AMARIA Bond Amount: 0.00 MO0480000-JCSP-ORI-KCPD
- NO BOND - Set date at 1:00pm (10) working days after bond posted. Excluding Mon, Tue & Wed DIV1. JM/AT

**03/27/2024**

**Bond Violation Report Filed**

Bond Supervision Violation; Electronic Filing Certificate of Service.

**On Behalf Of:** DAJHON A. BOSTIC

**04/08/2024**

**Certif Copies/Leg File Prepard**

4.8.2024 emailed copies to requestor jb

**04/30/2024**

**Hearing/Trial Cancelled**

**Associated Entries: 11/03/2023 - Jury Trial Scheduled**
**Scheduled For:** 05/28/2024; 9:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**Hearing Continued/Rescheduled**

    **Associated Entries: 11/03/2023 - Pre-trial Conference Scheduled**
    **Associated Entries: 05/16/2024 - Case Mgmt Conf Held   +**
    **Hearing Continued From:** 05/16/2024; 1:30 PM Pre-trial Conference
**Case Mgmt Conf Scheduled**

    **Associated Entries: 05/16/2024 - Case Mgmt Conf Held   +**
    **Scheduled For:** 05/16/2024; 1:30 PM; SARAH A CASTLE; Kansas City Criminal/Traffic

**05/16/2024**
    **Case Mgmt Conf Held**
    Hearing Held
    **Associated Entries: 04/30/2024 - Hearing Continued/Rescheduled**
    **Associated Entries: 04/30/2024 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 05/16/2024; 1:30 PM; SARAH A CASTLE; Kansas City Criminal/Traffic

**05/23/2024**
    **Case Mgmt Conf Scheduled**

    **Associated Entries: 05/24/2024 - Case Mgmt Conf Held**
    **Scheduled For:** 05/24/2024; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**05/24/2024**
    **Order After Case Mgmt Conf**
    **Bond Review Hearing Scheduled**

    **Associated Entries: 06/07/2024 - Bond Review Hearing Held**
    **Scheduled For:** 06/07/2024; 10:30 AM; SARAH A CASTLE; Kansas City Criminal/Traffic
    **Case Mgmt Conf Held**

    **Associated Entries: 05/23/2024 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 05/24/2024; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**06/03/2024**
    **Warrant Served**
    Document ID - 24-KTARW-144; Served To - BOSTIC, DAJHON AMARIA; Server - ; Served Date - 02-JUN-24;
    Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**06/07/2024**
    **Order**
    Continued to 06-14-2024 at 10:00 AM for CMC
    **Case Mgmt Conf Scheduled**

    **Associated Entries: 06/14/2024 - Case Mgmt Conf Held**
    **Scheduled For:** 06/14/2024; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic
    **Bond Review Hearing Held**

    **Associated Entries: 05/24/2024 - Bond Review Hearing Scheduled**
    **Scheduled For:** 06/07/2024; 10:30 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**06/13/2024**
    Request for Speedy Trial Filed
    Request for a Speedy Trial; Electronic Filing Certificate of Service.
    **Filed By:** LENA RANDTKE
    **On Behalf Of:** DAJHON A. BOSTIC

**06/14/2024**
    **Order After Case Mgmt Conf**
    Scheduling Order

**Pre-trial Conference Scheduled**

> **Associated Entries: 09/26/2024 - Hearing/Trial Cancelled**
> **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Jury Trial Scheduled**

> **Associated Entries: 09/26/2024 - Hearing Continued/Rescheduled**
> **Scheduled For:** 10/07/2024; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Case Mgmt Conf Held**

> **Associated Entries: 06/07/2024 - Case Mgmt Conf Scheduled**
> **Scheduled For:** 06/14/2024; 10:00 AM; SARAH A CASTLE; Kansas City Criminal/Traffic

**07/01/2024**

**Judge Assigned**

Transfer from Judge Castle, Division 1 to Judge Zhang, Division 3 by A.O 2024-049

**07/18/2024**

**Order**

this case is set for a Case Management Conference on August 1, 2024, at 9:30 AM in Division 3 located on the 5th floor of the Jackson County Courthouse at 415 E. 12th Street, Kansas City, MO 64106.

**Case Mgmt Conf Scheduled**

> **Associated Entries: 08/01/2024 - Case Mgmt Conf Held**
> **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**08/01/2024**

**Case Mgmt Conf Held**

> **Associated Entries: 07/18/2024 - Case Mgmt Conf Scheduled**
> **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Order**

Case number 2316-CR03624-01 is set for a Pre-Tria lConference on September 27, 2024, at 10:00 AM and case numbers 2316-CR03767-01, 2416- CR01455-01 and 2416-CR01555-01, are set for a Case Management Conference on September 27, 2024 at 10:00 AM in Division 3. Case number 2316-CR03624-01 has been set for TRIAL on October 7, 2024 at 9:00 a.m. and case numbers 2316-CR03767-01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on October 7, 2024 at 9:00 a.m. in Division 3.

**08/15/2024**

Answers to Disclosure Filed
NOTICE OF DISCLOSURE; Electronic Filing Certificate of Service.
> **Filed By:** RYAN LEE MILLER

**09/19/2024**

Motion Filed
Motion for Protective Order; Electronic Filing Certificate of Service.
> **Filed By:** RYAN LEE MILLER
> **Associated Entries: 09/26/2024 - Motion Granted/Sustained**

**Proposed Order Filed**
Proposed Protective Order; Electronic Filing Certificate of Service.
> **Filed By:** RYAN LEE MILLER

Response Filed
Response to Request for Discovery; Electronic Filing Certificate of Service.
> **Filed By:** RYAN LEE MILLER
> **Associated Entries: 09/19/2024 - CRIFS/Unredacted Document    +**

**CRIFS/Unredacted Document**

CRIFS - Formal Response to Discovery; Formal Response to Request for Discovery; Electronic Filing Certificate of Service in associated to Response (other) filed on 09/19/2024.

    **Filed By:** RYAN LEE MILLER

    **Associated Entries: 09/19/2024 -**

**Response Filed**

    **+**

Answers to Disclosure Filed

Notice of Disclosure; Electronic Filing Certificate of Service.

    **Filed By:** RYAN LEE MILLER

**09/25/2024**

Motion for Continuance

Application for Continuance; Electronic Filing Certificate of Service.

    **Filed By:** LENA RANDTKE

    **On Behalf Of:** DAJHON A. BOSTIC

Motion for Bond Reduction

MOTION FOR BOND MODIFICATION; Electronic Filing Certificate of Service.

    **Filed By:** LENA RANDTKE

    **On Behalf Of:** DAJHON A. BOSTIC

    **Associated Entries: 09/26/2024 - Motion Granted/Sustained**

**09/26/2024**

    **Hearing/Trial Cancelled**

    **Associated Entries: 06/14/2024 - Pre-trial Conference Scheduled**

    **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

    **Hearing Continued/Rescheduled**

    **Associated Entries: 06/14/2024 - Jury Trial Scheduled**

    **Associated Entries: 03/06/2025 - Case Mgmt Conf Held**

    **Hearing Continued From:** 10/07/2024; 9:00 AM Jury Trial

**Order**

Bond Reduction Motion was heard and is set at $20,000 10% with CHA.

**Order**

PROTECTIVE ORDER

**Motion Granted/Sustained**

    **Associated Entries: 09/19/2024 -**

**Motion Filed**

    **+**

    **Associated Entries: 09/25/2024 -**

**Motion for Bond Reduction**

    **+**

**Order**

Case number 2416-CR03323-01 is set for Pre-Trial Conference on February 21, 2025 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416-CR01555-01 are set for a Case Management Conference on February 21, 2025 at 10:00 AM in Division 3. Case number 2416-CR03323-01 is set for Jury Trial on March 3, 2025 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416- CR01555-01 are set for a Case Management Conference on March 3, 2025 at 9:00 AM in Division 3.

**Bond Set**

Amount of Bond Set - 20000; 10 PERCENT WITH CHA

**Case Mgmt Conf Scheduled**

    **Associated Entries: 02/21/2025 - Case Mgmt Conf Held**

    **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Case Mgmt Conf Scheduled**

    **Associated Entries: 02/21/2025 - Hearing Continued/Rescheduled**
    **Scheduled For:** 03/03/2025; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**10/10/2024**

Answers to Disclosure Filed
Notice of Disclosure; Electronic Filing Certificate of Service.
    **Filed By:** RYAN LEE MILLER
Correspondence Filed
CHA INELIGIBLE; Electronic Filing Certificate of Service.

**02/21/2025**

**Case Mgmt Conf Held**

    **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case continued in this Division to MARCH 6, 2025 at 9:30 AM.
**Case Mgmt Conf Scheduled**

    **Associated Entries: 03/06/2025 - Case Mgmt Conf Held**
    **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing Continued/Rescheduled**

    **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
    **Associated Entries: 03/27/2025 - Case Mgmt Conf Held**
    **Hearing Continued From:** 03/03/2025; 9:00 AM Case Management Conference

**02/27/2025**

Memorandum of Withdrawal
MEMORANDUM OF WITHDRAWAL; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
    **On Behalf Of:** DAJHON A. BOSTIC
Entry of Appearance Filed
ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
    **On Behalf Of:** DAJHON A. BOSTIC

**03/06/2025**

**Case Mgmt Conf Held**

    **Associated Entries: 09/26/2024 - Hearing Continued/Rescheduled**
    **Associated Entries: 02/21/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case continued in this Division to MARCH 27, 2025 at 9:30 AM.
**Case Mgmt Conf Scheduled**

    **Associated Entries: 03/27/2025 - Case Mgmt Conf Held**
    **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Offender Mail Received**
Notice from the Defendant
    **Filed By:** DAJHON A. BOSTIC

**03/11/2025**

**Offender Mail Received**
Motion to Strike Surplusage
    **Filed By:** DAJHON A. BOSTIC
**Offender Mail Received**
Motion for Credit for Time Awaiting trial
    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Motion in Limine
    **Filed By:** DAJHON A. BOSTIC
**Offender Mail Received**
Petition for Return of Property
    **Filed By:** DAJHON A. BOSTIC
**Offender Mail Received**
Motion to Suppress Evidence
    **Filed By:** DAJHON A. BOSTIC

**03/26/2025**

**Offender Mail Received**
Letter from the Defendant

**03/27/2025**

**Case Mgmt Conf Held**


    **Associated Entries: 02/21/2025 - Hearing Continued/Rescheduled**
    **Associated Entries: 03/06/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**03/28/2025**

**Order**
Case number 2316-CR03323-01 is set for Pre-Trial Conference on January 23, 2026 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767- 01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on January 23, 2025 at 10:00 AM. Case number 2416-CR03323-01 is set for Jury Trial on February 2, 2026 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01 and 2416- CR01555-01 are set for a Case Management Conference on February 2, 2026 at 9:00 AM in Division 3.

**Case Mgmt Conf Scheduled**


    **Associated Entries: 07/17/2025 - Hearing/Trial Cancelled**
    **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Case Mgmt Conf Scheduled**


    **Associated Entries: 07/17/2025 - Hearing/Trial Cancelled**
    **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**04/01/2025**

Answers to Disclosure Filed
Notice of Disclosure; Electronic Filing Certificate of Service.
    **Filed By:** RYAN LEE MILLER

**04/03/2025**

**Offender Mail Received**
Defendant's Motion for DeNovo Review of Detention Order and for Revocation of Detention or Custody
    **Filed By:** DAJHON A. BOSTIC

**04/11/2025**

**Offender Mail Received**
Motion for Judgment of Acquittal
    **Filed By:** DAJHON A. BOSTIC
**Offender Mail Received**
Defendant's Motion for Judgment of Acquittal at the close of the State's Evidence
    **Filed By:** DAJHON A. BOSTIC

**04/23/2025**

**Order**
Case continued in this Division to MAY 15, 2025 at 9:30 AM for PLEA.
**Plea Hearing Scheduled**


    **Associated Entries: 05/15/2025 - Plea Hearing Held**
    **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**05/15/2025**

**Plea Hearing Held**

    **Associated Entries: 04/23/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case continued in this Division to JULY 10, 2025 at 9:30 AM for PLEA.
**Plea Hearing Scheduled**

    **Associated Entries: 07/10/2025 - Hearing Held**
    **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/10/2025**

    **Hearing Held**

    **Associated Entries: 05/15/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case continued in this Division to July 17, 2025 at 9:30AM for PLEA.
**Plea Hearing Scheduled**

    **Associated Entries: 07/17/2025 - Hearing Held**
    **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/17/2025**

    **Hearing Held**

    **Associated Entries: 07/10/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Judge/Clerk - Note**
**Guilty Plea**
**Waive Court Costs**

    **Filed By:** DAJHON A. BOSTIC
**Defendant Sentenced**
Count 1 - Defendant sentenced to 7 Years Doc, Count 2 - Defendant sentenced to 7 Years Doc, Count 3 - Defendant sentenced to 7 Years Doc This case shall run concurrent with case numbers 2316-CR03767-01; 2416-CR01455-01; 2416- CR01555-01; 2416-CR03323-01 and to sentences in Kansas case numbers WY-2023-CR-001211 and WY-2024-CR-000228. Defendant is given credit for all time served on the charge(s) herein.
**Judgment CVC $46 - Other**
**Costs Waived**
**Ord for Fingerprint and Photos**
**Def Advised under Rule 24.035**
**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/23/2025**
Memorandum of Withdrawal
Memorandum Of Withdrawal; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
**Correspondence Sent**
COST NOTICE
**Judge/Clerk - Note**
COST DUE DATED 08/22/25

**07/30/2025**

**Returned Mail-Undeliverable**

Costs Notice - Returned to Sender - Moved left no address - unable to forward

**08/25/2025**

    **Case Review Held**

    **Scheduled For:** 08/22/2025; 8:00 AM; ; Kansas City Criminal/Traffic




FILED
DIVISION 3
13-Sep-2023 17:03
CIRCUIT COURT OF JACKSON COUNTY, MO
BY _____

| Judge or Division: | Case Number: | Offense Cycle No. (OCN): |
|---|---|---|
| JERRI J ZHANG | 2316-CR03624 | |

**State of Missouri**    vs.    **DAJHON AMARIA BOSTIC**

### Charges:

| Count | Charge Code & Description | Charge Level | Date of Offense |
|---|---|---|---|
| 1 | 569.080-002Y20202999.0   Tamper - 1st / Motr Veh | Felony D | 15-AUG-2023 |
| 2 | 569.080-002Y20202999.0   Tamper - 1st / Motr Veh | Felony D | 16-AUG-2023 |
| 3 | 569.080-002Y20202999.0   Tamper - 1st / Motr Veh | Felony D | 18-AUG-2023 |

### APPEARANCES

☒ State by Assistant Prosecuting Attorney: **BRADY TWENTER**

☒ Defendant by Attorney: **LENA RANDTKE**

     ☐ **Referred to Public Defender's Office for screening.**

     ☐ Public Defender finds Defendant ineligible. Defendant appeals. Court finds Defendant indigent pursuant to RSMo § 600.086.

☒ **Defendant appears:** ☒ in custody ☐ out of custody ☒ in person ☐ via WebEx / phone

☐ Defendant fails to appear     ☐ Matter continued for Defendant to appear

### INITIAL APPEARANCE

☐ Initial Appearance held on **24-AUG-2023.**

☒ NO OCN: Defendant directed to law enforcement for fingerprinting (Mo. Sup. Ct. R. 22.08 and 21.10).

☐ Bond Review Hearing set in Division ___ on _____, 2023 **at** ___.

☐ Criminal Setting set in Division ___ on _____, 2023 **at** ___.

### BOND REVIEW HEARING PURSUANT TO 33.01

☐ As of the date of this Order, the Defendant has posted the assigned bond in his/her matter. Because of such, the purpose of this setting is **MOOT**. The Court sets this matter for a Criminal Setting on _____ at _____ in Division ____.

☐ Defendant and Counsel **WAIVE** Bond Review. This matter is continued for _____, set in Division ___ on _____, 2022 at _____.

☐ The Court **FINDS GOOD CAUSE** to continue this Bond Review Hearing due to _____, and the Bond Review Hearing is continued to and set in Division ___ on _____, 2022 at _____.

☐ Following the hearing, the Court has taken Bond Review under advisement and will issue written findings. The Court sets this matter for _____ in Division ___ on _____, 2022 at _____.

**Pursuant to Mo. Sup. R. 33.01, and after consideration of all of the factors therein, the Court:**

☐ **DENIES** any change in the bond, finding that the clear and convincing evidence is that the current conditions are the **least restrictive to secure appearance and safety.**

☒ **AMENDS** the bond as follows:

     ☒ Defendant's Monetary Bond is set at $50,000 ☐ Cash ☐ 10% ☐ Secured ☒ ROR

     ☒ Both General and Special Conditions shall be as set forth below.

☐ Finds **NO BOND** shall be ordered and Defendant shall be detained without bond per Rule 33.06(d). The Court further finds that by clear and convincing evidence that no combination of non-monetary conditions and monetary conditions will secure the safety of the community or other person, including but not limited to the crime victim and witnesses. Defendant may exercise his/her rights as provided in Missouri Supreme Court Rule 33.01 (e) by filing of a written request.

## BOND CONDITIONS

**GENERAL CONDITIONS**: In the event Defendant is released from custody, the defendant shall abide by the following general conditions of release. The Defendant shall: appear in court as required; submit to the orders, judgment and sentence, and process of the court; not commit any new offense, and shall not tamper with any victim or witness in the case, nor have any person do so on the defendant's behalf; comply fully with any and all conditions imposed by the court in granting release.

**SPECIAL CONDITIONS**:  After review and after consideration of the factors set forth in Rule 33.01, the Court finds that the general conditions of release will not secure the appearance of the defendant at trial, or other stages of the proceedings, or will not secure the safety of the community or other person. Therefore the court imposes the following additional conditions of release and bond:

☒ Defendant shall have no contact with the **victim(s), witness(es), and co-defendants**.  Contact for purposes of this order shall include, but is not limited to, direct or indirect contact made by or through defendant or third parties, telephone, email, text, social media, or cell phone application, social media application, or the like.

☒ Defendant shall not possess or be in the presence of any **firearm(s)**.

☐ Defendant shall not occupy a residence or vehicle in which a firearm is located.

**Supervision and Monitoring:**

☒ JCDC Population Control ordered to screen for and the Defendant shall be placed on:

    ☒ County House Arrest   ☐ Courtesy Supervision  ☐ Pretrial Supervision

       ☐ with RePath by eHawk   ☐ High Level   ☐ Mid-Level

☐ Pretrial supervision by:

    ☐ APM ☐ eHawk   ☐ ESA   ☐ Midwest ADP   ☐ Northland Dependency

    ☐ Other: _____.

    ☐ Supervision / Monitoring Level:

       ☐ High / Tier 1 ☐ Mid-Level / Tier 2   ☐ Low / Tier 3   ☐ Alcohol Specific

    ☒ Electronic Monitoring Equipment Requirement:

       ☐ RF Monitoring   ☐ SCRAM   ☐ SCRAM-X ☐ Remote Breath

       ☒ **GPS Monitoring:** ☒ Ankle Bracelet  ☐ Phone Application

       ☐ Other: _____

       ☐ The _____ can be removed after _____ consecutive days of 100% compliance with all conditions of bond.

**Supervision Requirements for Release:**

**Timing of Release:**

☐ Defendant MAY be released from JCDC without a letter from the pretrial supervision agency.

    ☐ Defendant shall report to pretrial supervision agency within 24 hours of release.

☐ Defendant SHALL NOT be released without a letter from the pretrial supervision agency.

    ☐ Pretrial supervision requirements MUST established and verified **prior to release.**

       ☐ **Defendant shall be brought to Division 1 at 3:30 PM on the first available date to be set up on electronic monitoring equipment through _____.** The Defendant shall then be returned to the custody of the Jackson County Department of Corrections to be released to any pending holds for other jurisdictions.

**Travel and Location:**

☒ House Arrest – Total Lockdown      ☐ House Arrest with permitted leave for legal, medical, and approved employment or education

☐ Defendant shall not be within 1000 feet of the victim(s), victim(s) residence or place of employment.

☐ Defendant shall not be within 1000 feet of _____.

☐ Defendant ☐ may not   ☐ must reside at: _____.

**Drugs and Alcohol:**

☐ Defendant must submit to testing for drug and/or alcohol use.

    ☐ Random UA  ☐ Drug Patch  ☐ Remote Breath Test  ☐ Random Breath Test ☐ Hair Follicle

☐ Defendant must not possess or consume alcohol or any controlled substance unless prescribed to the Defendant by a qualified medical professional.

**Other:**

☒ Other bond conditions: Defendant shall not drive or be in any vehicle not registered to him, excluding public transit.

## PRELIMINARY HEARING

☐ Initial Appearance held on **24-AUG-2023**.

    ☐ **Defendant appeared:** ☐ in custody ☐ ROR / Bond Posted ☐ Summons

    ☒ Preliminary Hearing requested.

    ☐ Pursuant to 22.09, the Court finds _____, which the Court finds is good cause shown for the preliminary hearing to be held ☐ **More than 30 days** ☐ **More than 60 days from the date of Defendant's Initial Appearance.**

☒ Continuance granted to allow State to present to Grand Jury.

☐ Preliminary Hearing voluntarily waived.   ☐ Preliminary Hearing held. Probable Cause: ☐ Found. ☐ Not Found.

☒ Circuit Court Arraignment set in Division **3** on **OCTOBER 2,** 2023 **at 2:00 PM.**

## ARRAIGNMENT

☐ Waive reading and presentment/acknowledge receipt of Indictment/Information. Not guilty plea entered.

☐ Indictment/Information read. Not guilty plea entered.

☐ Case Assigned to Division ___, Pretrial Conference set on _____**,** 2023 **at** ___.

## SCHEDULING

☐ Case continued at the request of: ☐ Defendant ☐ State ☐ Joint ☐ Court   ☐ Unopposed ☐ Opposed

    **Set in Division ___ on _____,** 2023 **at ___ for:**

    ☐ Initial Appearance   ☐ Criminal Setting ☐ Preliminary Hearing ☐ Circuit Court Arraignment

    ☐ Bond Review Hearing ☐ Bond Hearing ☐ Plea Hearing   ☐ Pretrial Conference

    ☐ Other Hearing: _____.

## OTHER ACTIONS

☐ State authorized to file amended ☐ Complaint ☐ Information ☐ Other: _____.

☐ Other: _____

SEPTEMBER 13, 2023
**Date**

                            **HANG, Judge**

FILED
DIVISION 1
20-Oct-2023
15:49
CIRCUIT COURT OF
JACKSON COUNTY, MO

BY

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

STATE OF MISSOURI,

               **Plaintiff,**

v.

               **Case No. 2316-CR03624-01**

DAJHON A. BOSTIC,

               **Div. 1**

               **Defendant.**

**ORDER FOLLOWING PRETRIAL CONFERENCE
AND GRANTING MOTION FOR BOND MODIFICATION**

<u>**APPEARANCES:**</u>

**Prosecuting Attorneys: RYAN MILLER**

**Attorney for Defendant: LENA RANDTKE**

**Defendant:** ☒ appears   ☐ appears not

           ☒ in custody   ☐ out of custody   ☒ via WebEx/phone   ☐ in person

On this 20th day of October, 2023, this matter is before the Court for a Pretrial Conference after this matter was transferred from the Criminal A Division. At the hearing, the Court took up the Defendant's *Motion for Bond Modification*. After hearing the arguments of the Defendant and the State's opposition, and being fully and duly advised in the premises the Court enters the following orders:

**IT IS ORDERED** that the *Motion for Bond Modification* shall be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant's conditions of bond shall be modified as follows:

1. The condition of County House Arrest supervised through Jackson County Population Control shall be and is hereby **REMOVED**.

2. The Defendant **SHALL** be subject to pretrial supervision by Northland Dependency Services with the following conditions, in that the Defendant **SHALL**:

    a. Be subject to GPS ankle bracelet and phone application monitoring at a high level with house arrest with permitted leave for legal, medical and verified employment only;

i. Compliance with GPS ankle bracelet monitoring shall mean that the bracelet charge does NOT fall below 75%. Failure to keep the bracelet charge to at least 75% may result in the issuance of a warrant.

ii. Compliance with GPS phone application monitoring shall mean no less than 75% compliance with required facial recognition or other check-ins through the RePath application. Failure to maintain 75% check-in compliance may result in the issuance of a warrant.

iii. The Defendant **SHALL NOT** be released without a letter from the pretrial supervision agency, and the supervision requirements **MUST** be established and verified prior to issuance of a letter for release.

   1. The Defendant **SHALL** be set up on electronic monitoring equipment prior to release to **ANY** holds. After being set up on electronic monitoring the Defendant **MAY** be released to pending holds.

b. Be subject to a curfew between 7:00 PM and 7:00 AM unless otherwise ordered by the Court;

c. Not operate a motor vehicle unless properly licensed and insured;

d. Have no contact with any victim(s), witness(es) or co-defendant(s)- contact for purposes of this order shall include, but it not limited to, but is not limited to contact made by or through the Defendant or any third party, through phone, text, email, social media application/platform, cell phone application or the like;

e. Not be within 1000 feet of any victim(s), victim(s) residence or victim(s) place of employment;

f. Not possess or be in the presence of firearms, ammunition, firearm component(s) or other deadly weapons(s), and shall not occupy a residence or vehicle in which a firearm is located;

g. Not possess or consume alcohol or any controlled substance, unless prescribed to the Defendant by a qualified medical professional, and shall submit to random testing for drugs and/or alcohol use through random urinalysis; and

h. Shall actively see and/or maintain full-time employment.

**IT IS FURTHER ORDERED** that this matter shall be continued for a Case Management Conference on **NOVEMBER 03, 2023** at **10:00 AM** in Division 1. The Defendant is directed to appear

in person for the Case Management Conference.  Division 1 is located at: 415 East 12th Street, 10th Floor,

Kansas City MO 64106.

      **SO, ORDERED**.


October 20, 2023
Date

                                       Circuit Court Judge

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

**STATE OF MISSOURI**
           **Plaintiff**

**VS.**

**BOSTIC, DAJHON**

           **Defendant**

**CASE NO.: 2316-CR03624-01**
**DIV NO.: 1**
**LOCATION POSTED: JCDC**
**FORM FILLED OUT BY: NGENZA**

### BAIL BOND IN ANY FELONY OR MISDEMEANOR CASE

**STATE OF MISSOURI**
**COUNTY OF JACKSON SS.**

KNOW ALL MEN BY THESE PRESNTS, that I/we **BOSTIC, DAJHON** , the defendant as principal, and SELF as surety, acknowledge that I/we owe and are bound unto the State of Missouri in the full penal sum of **50000 - ROR** for the payment of which I/we bind myself/ourselves, my/our heirs, executors, administrators and assigns to be levied of my/our goods and chattels, land and tenements, and unto the said State rendered, upon the conditions hereinafter set out, and in further security for the performance of this bond I, the defendant, have deposited in the registry of this Court:

    (a)   Cash in the amount of **ROR**
    (b)   The following securities

The conditions of this bond are that whereas the defendant stands charged in this Court with the commission of the criminal offense(s), to-wit:

## Tampering With Motor Vehicle - 1st Degree(3)

YOU ARE ORDERED TO APPEAR at the following location: **415 E. 12th Street, Kansas City, MO**

NOW, THEREFORE, if said defendant shall personally be and appear in this Court answer the said charge(s) on

### 5/16/2024@ 1:30 p.m.

not then to depart without leave and shall be and appear in this Court from time thereafter as required by the Court and throughout the pendency of this action, for trial and any other proceedings herein, including the rendition of final judgment and sentenced herein and shall abide and submit himself/herself to the orders, judgment, sentence and process of the Court herein, and shall be and appear from time to time in any other court to which said cause may be taken by change of venue as required by such court for all proceedings therein, including trial and rendition of sentence and final judgment, and shall abide and submit himself/herself to the orders, judgment, sentence and process of said court, then, in such event this bond be null, void and of no effect and said cash or securities SHALL BE RETURNED TO DEFENDANT, or his/her assign(s), provided, however, that any fines, judgments or costs assessed against defendant may be withheld by the Court from any cash or securities deposited as a condition of this bond. Otherwise this bond shall remain in full force and effect and this Court, upon a declaration of forfeiture thereof, and after the State has obtained a final judgment upon said bond in the manner prescribed by law or by the rules of the Supreme Court, may order the said cash be appropriated to the State of Missouri or the said securities to be sold and the proceeds thereof appropriated to the State of Missouri and disposed of in accordance with law. Additional conditions of this bond are that:

**Other Conditions:** Bond conditions on Page 2.

All sureties herein submit themselves the jurisdiction of this Court and to any other court to which said cause may be taken on change of venue, and irrevocably appoint the court administrator or clerk of such court in which said cause shall be pending as their agent upon whom may be served for them any notice, motion, pleading or process having to do with any proceeding for the forfeiture of this bond.

IN WITNESS WHEREOF, I/we have hereunto set my/our hand(s) on **December 7, 2023**

_____
        SURETY

_____
        ADDRESS
APPROVED ON:

_____, 20____

_DaJhon A. Bostic_
DEFENDANT/PRINCIPAL

_____
JUDGE/DEPUTY COURT ADMINISTRATOR

# BOND CONDITIONS

The condition of County House Arrest supervised through Jackson County Population Control shall be and is hereby MOVED. 2. The Defendant SHALL be subject to pretrial supervision by Northland Dependency Services with the following iditions, in that the Defendant SHALL: a. Be subject to GPS ankle bracelet and phone application monitoring at a high level 1 house arrest with permitted leave for legal, medical and verified employment only; 2 i. Compliance with GPS ankle celet monitoring shall mean that the bracelet charge does NOT fall below 75%. Failure to keep the bracelet charge to at st 75% may result in the issuance of a warrant. ii. Compliance with GPS phone application monitoring shall mean no less n 75% compliance with required facial recognition or other check-ins through the RePath application. Failure to maintain % check-in compliance may result in the issuance of a warrant. iii. The Defendant SHALL NOT be released without a letter n the pretrial supervision agency, and the supervision requirements MUST be established and verified prior to issuance of itter for release. 1. The Defendant SHALL be set up on electronic monitoring equipment prior to release to ANY holds. er being set up on electronic monitoring the Defendant MAY be released to pending holds. b. Be subject to a curfew ween 7:00 PM and 7:00 AM unless otherwise ordered by the Court; c. Not operate a motor vehicle unless properly nsed and insured; d. Have no contact with any victim(s), witness(es) or co-defendant(s)- contact for purposes of this order ill include, but it not limited to, but is not limited to contact made by or through the Defendant or any third party, through ne, text, email, social media application/platform, cell phone application or the like; Not be within 1000 feet of any im(s), victim(s) residence or victim(s) place of employment; f. Not possess or be in the presence of firearms, ammunition, arm component(s) or other deadly weapons(s), and shall not occupy a residence or vehicle in which a firearm is located; g. : possess or consume alcohol or any controlled substance, unless prescribed to the Defendant by a qualified medical fessional, and shall submit to random testing for drugs and/or alcohol use through random urinalysis; and h. Shall actively :k and/or maintain full-time employment.

JCDC Bond - 07/2023

## Case.net: 2316-CR03624-01 - ST V DAJHON A BOSTIC (E-CASE) - Charge/Judgement

**Charge**

| | |
|---|---|
| **Description** | Tampering With Motor Vehicle - 1st Degree |
| | *{ Felony D RSMo: 569.080 }* |
| **Date** | 08/15/2023 |
| **Code** | 569.080-002Y20202999.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **Ticket Number** | 999999999 |
| **Law Enforcement Agency** | KANSAS CITY PD |

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 7 Years |
| **Text** | Count 1 - Defendant sentenced to 7 Years Doc, Count 2 - Defendant sentenced to 7 Years Doc, Count 3 - Defendant sentenced to 7 Years Doc 24.035/29.15 INEFFECT COUNSEL: N No |

**Charge**

| | |
|---|---|
| **Description** | Tampering With Motor Vehicle - 1st Degree |
| | *{ Felony D RSMo: 569.080 }* |
| **Date** | 08/16/2023 |
| **Code** | 569.080-002Y20202999.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **Ticket Number** | 999999998 |
| **Law Enforcement Agency** | KANSAS CITY PD |

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 7 Years |
| **Text** | Count 1 - Defendant sentenced to 7 Years Doc, Count 2 - Defendant sentenced to 7 Years Doc, Count 3 - Defendant sentenced to 7 Years Doc 24.035/29.15 INEFFECT COUNSEL: N No |

**Charge**

| | |
|---|---|
| **Description** | Tampering With Motor Vehicle - 1st Degree |
| | *{ Felony D RSMo: 569.080 }* |
| **Date** | 08/18/2023 |
| **Code** | 569.080-002Y20202999.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **Ticket Number** | 999999997 |
| **Law Enforcement Agency** | KANSAS CITY PD |

**Sentence**

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 7 Years |
| **Text** | Count 1 - Defendant sentenced to 7 Years Doc, Count 2 - Defendant sentenced to 7 Years Doc, Count 3 - Defendant sentenced to 7 Years Doc 24.035/29.15 INEFFECT COUNSEL: N No |