## Case.net:2316-CR03767 - ST V DAJHON AMARIA BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**09/02/2023**



**List of Witnesses**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Complaint Filed**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Associated Entries: 09/02/2023 - CRIFS/Unredacted Document**
**Background Sheet Filed**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Probable Cause Statement Filed**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Associated Entries: 09/02/2023 - CRIFS/Unredacted Document**
**CRIFS/Unredacted Document**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Associated Entries: 09/02/2023 -**
**Probable Cause Statement Filed**
**CRIFS/Unredacted Document**

**Filed By:** JOSEPH RICHARD MARQUEZ
**Associated Entries: 09/02/2023 -**
**Complaint Filed**

**09/06/2023**

**Warrant Ordered-Probable Cause**
**Bond Set**
Amount of Bond Set - 5000.00 SECURED OR 10 PERCENT
**Special Conditions**
Pretrial supervision by MWADP or Northland - Not to drive unless properly licensed and insured

**09/07/2023**

**Warrant Issued**
Document ID: 23-INARW-397, for BOSTIC, DAJHON AMARIA Bond Amount: 5000.00 MO0480800 ORI-LSPD -
$5,000 SECURED OR 10 PERCENT - Pretrial supervision by MWADP or Northland - Not to drive unless properly
licensed and insured - Set date Div. 32 at 1:00 pm Wed after bond posted - DH/CS

**10/03/2023**

Warrant Served
Document ID - 23-INARW-397; Served To - DAJHON AMARIA BOSTIC; Served Date - 10/02/2023; Served Time -
10:57:00; Service Type - SD; Reason Description - SERV; Service Text -Warrant Served at JCDC; Updated
Service Text - Document ID - 23-INARW-397; Served To - BOSTIC, DAJHON AMARIA; Served Date - 10/02/2023;
Served Time - 10:57:00; Service Type - SD; Reason Description - SERV; Service Text -Warrant Served at JCDC

**10/04/2023**

**Initial Appearance**

**Associated Entries: 10/04/2023 - Initial Appearance Held**
**Scheduled For:** 10/04/2023; 1:30 PM; JANETTE KAY RODECAP; Criminal Justice Center
**Initial Appearance Held**

**Associated Entries: 10/04/2023 - Initial Appearance**
**Scheduled For:** 10/04/2023; 1:30 PM; JANETTE KAY RODECAP; Criminal Justice Center

**Bond Review Hearing Scheduled**

**Associated Entries: 10/11/2023 - Hearing Continued/Rescheduled**
**Scheduled For:** 10/11/2023; 1:00 PM; KYNDRA J STOCKDALE; Independence Criminal/Traffic

**Order**
Referred to Public Defender's Office for screening

**Order to Modify**
BOND MOTION GRANTED

**Bond Set**
Bond Reset at $5,000.00 ROR

**Special Conditions**
1. Defendant must be screened and approved for County House Arrest through Population Control before release.
2. Defendant must also not drive unless properly licensed and insured. 3. Condition of Pretrial Supervision by Midwest ADP or Northland is removed.

**Ord for Fingerprint and Photos**
**Ord Pub Def Detrmn Eligibility**
**The Court Further Orders**
Defendant has specified PD on Case No. 2316-CR03624-01 assigned to Division 1. Looks like he was not eligible for CHA in that case and remain in custody. PD order entered today - please email this form to the PD's Office.

**10/10/2023**

**Correspondence Filed**
CHA INELIGIBLE; Electronic Filing Certificate of Service.

**10/11/2023**

**Hearing Continued/Rescheduled**

**Associated Entries: 10/04/2023 - Bond Review Hearing Scheduled**
**Associated Entries: 10/23/2023 - Hearing Continued/Rescheduled**
**Hearing Continued From:** 10/11/2023; 1:00 PM Bond Review Hearing Scheduled

**Criminal Setting Scheduled**

**Associated Entries: 10/23/2023 - Hearing Continued/Rescheduled**
**Scheduled For:** 10/23/2023; 10:30 AM; KYNDRA J STOCKDALE; Independence Criminal/Traffic

**Order for Continuance**

**10/12/2023**

**OCN Filed**
OFFENSE CYCLE NUMBER - JS001649;

**10/13/2023**

Entry of Appearance Filed
Entry of Appearance; Electronic Filing Certificate of Service.
**On Behalf Of:** DAJHON A. BOSTIC

**Standard Discovery Filed**
REQUEST FOR DISCOVERY UNDER RULE 25.03 UPON FILING OF FELONY COMPLAINT; Electronic Filing Certificate of Service.
**On Behalf Of:** DAJHON A. BOSTIC

**10/23/2023**

**Hearing Continued/Rescheduled**

**Associated Entries: 10/11/2023 - Hearing Continued/Rescheduled**
**Associated Entries: 10/11/2023 - Criminal Setting Scheduled**
**Associated Entries: 11/17/2023 - Hearing/Trial Cancelled**
**Hearing Continued From:** 10/23/2023; 10:30 AM Criminal Setting

**Preliminary Hearing Scheduled**

**Associated Entries: 11/17/2023 - Hearing/Trial Cancelled**
**Scheduled For:** 11/27/2023; 10:30 AM; KYNDRA J STOCKDALE; Independence Criminal/Traffic

**Order to Change Bond Cond**

**Special Conditions**
House Arrest - Northland DS
**Order for Continuance**
Case Continued to November 27, 2023 at 10:30am

**11/17/2023**

**Hearing/Trial Cancelled**

**Associated Entries: 10/23/2023 - Hearing Continued/Rescheduled**
**Associated Entries: 10/23/2023 - Preliminary Hearing Scheduled**
**Scheduled For:** 11/27/2023; 10:30 AM; KYNDRA J STOCKDALE; Independence Criminal/Traffic
**Casefile Tranf GrandJury Indmt**

## Case.net:2316-CR03767-01 - ST V DAJHON AMARIA BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**11/17/2023**

**Public Grand Jury Indict filed**
Redacted Indictment
**Bond Set**
Bond to Remain as Previously Set
**Special Conditions**
Special Conditions Shall Remain in Effect
**CRIFS/Unredacted Document**
CRIF with Unredacted Indictment
**List of Witnesses**

**11/21/2023**

**Arraignment Scheduled**

    **Associated Entries: 12/19/2023 - Hearing Continued/Rescheduled**
    **Scheduled For:** 12/14/2023; 1:30 PM; JEFFREY LYNN BUSHUR; Independence Criminal/Traffic
**Criminal Summons Issued**
Document ID: 23-CRSU-1852, for BOSTIC, DAJHON AMARIA
**Return Service - Other**
Document ID - 23-CRSU-1852; Served To - BOSTIC, DAJHON AMARIA; Server - ; Served Date - 21-NOV-23;
Served Time - 00:00:00; Service Type - Other; Reason Description - Other; Service Text - Faxed to JCDC 11-21-
2023/SM

**12/07/2023**

**Bond-Released on Own Recog**

**12/08/2023**

**Standard Discovery Filed**
Request for Discovery; Electronic Filing Certificate of Service.
Disclosure Rule 25.07 List
States Answer; Electronic Filing Certificate of Service.

**12/18/2023**

**Notc Change of Address Filed**
Per Bond Paperwork

**12/19/2023**

**Hearing Continued/Rescheduled**

    **Associated Entries: 11/21/2023 - Arraignment Scheduled**
    **Associated Entries: 01/10/2024 - Hearing Continued/Rescheduled**
    **Hearing Continued From:** 12/14/2023; 1:30 PM Arraignment
**Arraignment Scheduled**

    **Associated Entries: 01/10/2024 - Hearing Continued/Rescheduled**
    **Scheduled For:** 01/04/2024; 10:30 AM; JEFFREY LYNN BUSHUR; Independence Criminal/Traffic

**01/10/2024**

**Hearing Continued/Rescheduled**

    **Associated Entries: 12/19/2023 - Hearing Continued/Rescheduled**
    **Associated Entries: 12/19/2023 -**
**Arraignment Scheduled**

    **Associated Entries: 01/18/2024 - Arraignment Held**
    **Hearing Continued From: 01/04/2024; 10:30 AM Arraignment**

**Arraignment Scheduled**

    **Associated Entries: 01/18/2024 - Arraignment Held**
    **Scheduled For:** 01/18/2024; 1:30 PM; JEFFREY LYNN BUSHUR; Independence Criminal/Traffic

**01/18/2024**

    **Arraignment Held**

        **Associated Entries: 01/10/2024 - Hearing Continued/Rescheduled**
        **Associated Entries: 01/10/2024 -**
    **Arraignment Scheduled**

        **Scheduled For: 01/18/2024; 1:30 PM; JEFFREY LYNN BUSHUR; Independence Criminal/Traffic**
**Waived Reading of Charges**
**Plea of Not Guilty Entered**
**Order to Transfer**
**Judge Assigned**
Case Assigned to Division 5
**Order for Hearing**
Pretrial Conference Set on February 7, 2024 at 8:30am

**01/19/2024**

    **Pre-trial Conference Scheduled**

        **Associated Entries: 02/06/2024 - Hearing Held**
        **Scheduled For:** 02/07/2024; 8:30 AM; JAMES FRANCIS KANATZAR; Independence Criminal/Traffic

**02/06/2024**

    **Hearing Held**

        **Associated Entries: 01/19/2024 - Pre-trial Conference Scheduled**
        **Scheduled For:** 02/07/2024; 8:30 AM; JAMES FRANCIS KANATZAR; Independence Criminal/Traffic
    **Jury Trial Scheduled**

        **Associated Entries: 06/12/2024 - Hearing Continued/Rescheduled**
        **Scheduled For:** 06/17/2024; 9:00 AM; JAMES FRANCIS KANATZAR; Jackson - Independence

**02/09/2024**

    **Order**
Scheduling Order, Notice of Pre-Trial Conference and Notice of Trial

**04/08/2024**

    **Certif Copies/Leg File Prepard**
4.8.2024 emailed copies to requestor jb

**06/03/2024**

Response Filed
Redacted States Formal Response to Discovery; Electronic Filing Certificate of Service.
    **Filed By:** JOSEPH RICHARD MARQUEZ
    **Associated Entries: 06/03/2024 - CRIFS/Unredacted Document    +**

**CRIFS/Unredacted Document**
CRIF; States Formal Response to Discovery; Electronic Filing Certificate of Service in associated to Response (other) filed on 06/03/2024.
    **Filed By:** JOSEPH RICHARD MARQUEZ
    **Associated Entries: 06/03/2024 -**
**Response Filed**
    **+**

**06/11/2024**

Notice of Engaged Counsel
NOTICE OF ENGAGED COUNSEL AND REQUEST FOR CONTINUANCE; Electronic Filing Certificate of Service.
   **Filed By:** LENA RANDTKE
   **On Behalf Of:** DAJHON A. BOSTIC

**06/12/2024**

**Order for Continuance**
Trial is continued and a pre-trial conference is set for 6-26-2024 @ 8:30am
**Hearing Continued/Rescheduled**

   **Associated Entries: 02/06/2024 - Jury Trial Scheduled**
   **Associated Entries: 06/26/2024 - Pre-Trial Conference Held**
   **Hearing Continued From:** 06/17/2024; 9:00 AM Jury Trial
**Pre-trial Conference Scheduled**

   **Associated Entries: 06/26/2024 - Pre-Trial Conference Held**
   **Scheduled For:** 06/26/2024; 8:30 AM; JAMES FRANCIS KANATZAR; Independence Criminal/Traffic

**06/26/2024**

**Pre-Trial Conference Held**

   **Associated Entries: 06/12/2024 - Hearing Continued/Rescheduled**
   **Associated Entries: 06/12/2024 - Pre-trial Conference Scheduled**
   **Scheduled For:** 06/26/2024; 8:30 AM; JAMES FRANCIS KANATZAR; Independence Criminal/Traffic

**07/16/2024**

**Order to Transfer**
Case transferred to Division 3
**Judge Assigned**
**Order**
this case is set for a Case Management Conference on July 18, 2024, at 9:30 AM in Division 3 located on the 5th floor of the Jackson County Courthouse at 415 E. 12th Street, Kansas City, MO 64106.
**Case Mgmt Conf Scheduled**

   **Associated Entries: 07/18/2024 - Case Mgmt Conf Held**
   **Scheduled For:** 07/18/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/18/2024**

**Case Mgmt Conf Held**

   **Associated Entries: 07/16/2024 - Case Mgmt Conf Scheduled**
   **Scheduled For:** 07/18/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
this case is set for a Case Management Conference on August 1, 2024, at 9:30 AM in Division 3 located on the 5th floor of the Jackson County Courthouse at 415 E. 12th Street, Kansas City, MO 64106.
**Case Mgmt Conf Scheduled**

   **Associated Entries: 08/01/2024 - Case Mgmt Conf Held**
   **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**08/01/2024**

**Case Mgmt Conf Held**

   **Associated Entries: 07/18/2024 - Case Mgmt Conf Scheduled**
   **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case number 2316-CR03624-01 is set for a Pre-Tria lConference on September 27, 2024, at 10:00 AM and case numbers 2316-CR03767-01, 2416- CR01455-01 and 2416-CR01555-01, are set for a Case Management Conference on September 27, 2024 at 10:00 AM in Division 3. Case number 2316-CR03624-01 has been set for TRIAL on October 7, 2024 at 9:00 a.m. and case numbers 2316-CR03767-01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on October 7, 2024 at 9:00 a.m. in Division 3.

**Case Mgmt Conf Scheduled**

   **Associated Entries: 09/26/2024 - Hearing/Trial Cancelled**
   **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Case Mgmt Conf Scheduled**

   **Associated Entries: 09/26/2024 - Hearing/Trial Cancelled**
   **Scheduled For:** 10/07/2024; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**08/16/2024**

Answers to Disclosure Filed
NOTICE OF DISCLOSURE; Electronic Filing Certificate of Service.

**09/19/2024**

Motion Filed
Motion for Protective Order; Electronic Filing Certificate of Service.
   **Filed By:** RYAN LEE MILLER
   **Associated Entries: 09/26/2024 - Motion Granted/Sustained**
**Proposed Order Filed**
Proposed Protective Order; Electronic Filing Certificate of Service.
   **Filed By:** RYAN LEE MILLER

**09/26/2024**

**Hearing/Trial Cancelled**

   **Associated Entries: 08/01/2024 - Case Mgmt Conf Scheduled**
   **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing/Trial Cancelled**

   **Associated Entries: 08/01/2024 - Case Mgmt Conf Scheduled**
   **Scheduled For:** 10/07/2024; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
PROTECTIVE ORDER
**Motion Granted/Sustained**

   **Associated Entries: 09/19/2024 -**
**Motion Filed**
   **+**
**Order**
Case number 2416-CR03323-01 is set for Pre-Trial Conference on February 21, 2025 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416-CR01555-01 are set for a Case Management Conference on February 21, 2025 at 10:00 AM in Division 3. Case number 2416-CR03323-01 is set for Jury Trial on March 3, 2025 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416- CR01555-01 are set for a Case Management Conference on March 3, 2025 at 9:00 AM in Division 3.
**Case Mgmt Conf Scheduled**

   **Associated Entries: 02/21/2025 - Case Mgmt Conf Held**
   **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Case Mgmt Conf Scheduled**

   **Associated Entries: 02/21/2025 - Hearing Continued/Rescheduled**
   **Scheduled For:** 03/03/2025; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**02/21/2025**

**Case Mgmt Conf Held**

   **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
   **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case continued in this Division to MARCH 6, 2025 at 9:30 AM.

**Case Mgmt Conf Scheduled**

> **Associated Entries: 03/06/2025 - Case Mgmt Conf Held**
> **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Hearing Continued/Rescheduled**

> **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
> **Hearing Continued From:** 03/03/2025; 9:00 AM Case Management Conference

**02/27/2025**

Memorandum of Withdrawal
MEMORANDUM OF WITHDRAWAL; Electronic Filing Certificate of Service.
> **Filed By:** SCOTT MCGREEVY
> **On Behalf Of:** DAJHON A. BOSTIC

Entry of Appearance Filed
ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.
> **Filed By:** SCOTT MCGREEVY
> **On Behalf Of:** DAJHON A. BOSTIC

**03/06/2025**

**Case Mgmt Conf Held**

> **Associated Entries: 02/21/2025 - Case Mgmt Conf Scheduled**
> **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Order**
Case continued in this Division to MARCH 27, 2025 at 9:30 AM.

**Case Mgmt Conf Scheduled**

> **Associated Entries: 03/27/2025 - Case Mgmt Conf Held**
> **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Offender Mail Received**
Notice from the Defendant
> **Filed By:** DAJHON A. BOSTIC

**03/07/2025**

**Offender Mail Received**
Defendant's Request for Withdrawal of Prosecution
> **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Defendant's Request for Withdrawal of Prosecution
> **Filed By:** DAJHON A. BOSTIC

**03/11/2025**

**Offender Mail Received**
Motion to Strike Surplusage
> **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Motion for Credit for Time Awaiting Trial
> **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Motion in Limine
> **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Petition for Return of Property
> **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**
Motion to Suppress Evidence
> **Filed By:** DAJHON A. BOSTIC

**03/26/2025**

**Offender Mail Received**
Letter from the Defendant

**03/27/2025**

> **Case Mgmt Conf Held**
>
> > Associated Entries: 03/06/2025 - Case Mgmt Conf Scheduled
> > **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**03/28/2025**

> **Order**
>
> Case number 2316-CR03323-01 is set for Pre-Trial Conference on January 23, 2026 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767- 01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on January 23, 2025 at 10:00 AM. Case number 2416-CR03323-01 is set for Jury Trial on February 2, 2026 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01 and 2416- CR01555-01 are set for a Case Management Conference on February 2, 2026 at 9:00 AM in Division 3.
>
> **Case Mgmt Conf Scheduled**
>
> > Associated Entries: 07/17/2025 - Hearing/Trial Cancelled
> > **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
>
> **Case Mgmt Conf Scheduled**
>
> > Associated Entries: 07/17/2025 - Hearing/Trial Cancelled
> > **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**04/01/2025**

> Answers to Disclosure Filed
> Notice of Disclosure; Electronic Filing Certificate of Service.
> > **Filed By:** RYAN LEE MILLER

**04/23/2025**

> **Order**
>
> Case continued in this Division to MAY 15, 2025 at 9:30 AM for PLEA.
>
> **Plea Hearing Scheduled**
>
> > Associated Entries: 05/15/2025 - Hearing Held
> > **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**05/15/2025**

> **Hearing Held**
>
> > Associated Entries: 04/23/2025 - Plea Hearing Scheduled
> > **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
>
> **Order**
>
> Case continued in this Division to JULY 10, 2025 at 9:30 AM for PLEA.
>
> **Plea Hearing Scheduled**
>
> > Associated Entries: 07/10/2025 - Hearing Held
> > **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**06/25/2025**

> **Offender Mail Received**
>
> Entry of Appearance - submitted by the Defendant

**07/10/2025**

> **Hearing Held**
>
> > Associated Entries: 05/15/2025 - Plea Hearing Scheduled
> > **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
>
> **Order**
>
> Case continued in this Division to July 17, 2025 at 9:30AM for PLEA.
>
> **Plea Hearing Scheduled**
>
> > Associated Entries: 07/17/2025 - Hearing Held
> > **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/17/2025**

**Hearing Held**

    **Associated Entries: 07/10/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Judge/Clerk - Note**
**Guilty Plea**
**Waive Court Costs**

    **Filed By:** DAJHON A. BOSTIC
**Waive Court Costs**

    **Filed By:** DAJHON A. BOSTIC
**Defendant Sentenced**
Count 1 - Defendant sentenced to 7 Years Doc And Court Costs CONC/CONS CASE & COUNTY: THIS CASE
SHALL RUN CONCURRENT WITH CASE NUMBERS 2316-CR03624-01; 2416-CR01455-01; 2416- CR01555-
01; 2416-CR03323-01 AND TO SENTENCES IN KANSAS CASE NUMBERS WY-2023-CR-001211 AND WY-
2024-CR-000228. , 24.035/29.15 INEFFECT COUNSEL: N No, ALLOCUTION: Y Yes, AUTHORIZE ADDITIONAL
OFFICER: Y Yes, DELIVER CERTIF COPY OF JUDMT: Y Yes
**Def Advised under Rule 24.035**
**Judgment CVC $46 - Other**
**Costs Waived**
**Special Conditions**
Defendant is given credit for all time served on the charge(s) herein.
**Ord for Fingerprint and Photos**
**Order to Transfer**
Transfer to Division 50 effective 07-17-2025
**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Record of Traffic Disp Issued**
**07/18/2025**
    **Judge/Clerk - Note**
    CVC Costs Due 08/22/2025
    **Correspondence Sent**
    CVC Costs Notice Sent
**07/23/2025**
    Memorandum of Withdrawal
    Memorandum Of Withdrawal; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
    **Judge/Clerk - Note**
    COST DUE DATED 08/22/25
**08/04/2025**
    **Returned Mail-Undeliverable**
    Instructions for Payment of Costs to the Court - Return to Sender - Moved Left no Address - Unable to Forward
**08/12/2025**
    **Judge/Clerk - Note**
    Sent to FeeBill
**08/25/2025**
    **Case Review Held**

    **Scheduled For:** 08/22/2025; 8:00 AM; ; Independence Criminal/Traffic

# IN THE 16th JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

**Judge or Division:**      **Case Number:** 2316-CR03767   **Offense Cycle No. (OCN):**
STOCKDALE, KYNDRA J

**ST V DAJHON AMARIA BOSTIC**

**Charges:**

| Count | Charge Code & Description | Charge Level | Date of Offense |
|---|---|---|---|
| 1 | 569.080-002Y202029.0    Tamper - 1st / Motr Veh | Felony D | 27-Jul-2023 |

☐ Case Management Order

☐ Population Docket – transferred to/from Criminal A division by Presiding Judge pursuant to Administrative Order.

State by Assistant Prosecuting Attorney: _____   Defendant by Attorney: _____

☐   Defendant fails to appear     ☐   Matter continued for Defendant to appear
☐   Public Defender finds Defendant ineligible. Defendant appeals. Court finds Defendant indigent pursuant to 600.086 RSMo.

## INITIAL APPEARANCE

☐   Initial Appearance held.     ☐   Referred to Public Defender's Office for screening.
☐   Preliminary Hearing set in Division ___ on _____, _____ at _____.
☐   Bond set at $_____.   ☐ 10%   ☐ Secured   ☐ ROR
☐   Bond conditions: _____.

## PRELIMINARY HEARING

☑   Preliminary Hearing requested.    ☑ Continuance granted to allow State to present to Grand Jury.
☐   Preliminary Hearing voluntarily waived.   ☐ Preliminary Hearing held. Probable Cause:   ☐ Found.   ☐ Not Found.
☐   Circuit Court Arraignment set in Division ___ on _____, _____ at _____.

## ARRAIGNMENT

☐   Waive reading and presentment/acknowledge receipt of Indictment/Information. Not guilty plea entered.
☐   Indictment/Information read. Not guilty plea entered.
☐   Case Assigned to Division ___, Pretrial Conference set on _____, _____ at _____.

## BOND/WARRANT

☐   Defendant fails to appear and bond is hereby revoked.
     Warrant Issued and bond set at _____.   ☐10%   ☐ Secured   ☐ ROR   ☐ Cash
☑   Bond motion was heard:   ☑ Unopposed   ☐ Opposed   and is *Granted* .
☐   Bond reset at $_____.   ☐10%   ☐ Secured   ☐ ROR   ☐ Cash
☐   Warrant withdrawn.

## BOND CONDITIONS

☐   County House Arrest.    ☐ Courtesy Supervision   ☐ Population Control ordered to screen.
☐   Pretrial supervision by:   ☐ Midwest ADP   ☑ Northland DS   ☐ Other *House Arrest*
☐   Electronic Monitoring:   ☐ Original bond conditions from last issued Warrant.
☐   Other bond conditions: _____.

## SCHEDULING

Case continued at the request of:   ☐ Defendant   ☑ State   ☐ Joint   ☐ Court in Division ___ to *11/27* at *10:30*
for:   ☐ Initial Appearance   ☐ Preliminary Hearing   ☐ Circuit Court Arraignment   ☐ Pretrial Conference
     ☐ Bond Hearing   ☐ Plea Hearing   ☐ Other Hearing: _____.
     ☐ Unopposed   ☐ Opposed

## ACTIONS

☐   State authorized to file amended Information.
☐   Other: _____

| | |
|---|---|
| **October 23, 2023** | *Kyndra J. S̶* |
| **Date** | **STOCKDALE, KYNDRA J, Judge** |

2316-CR03767

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

**FILED**
**CRIMINAL RECORDS**
**12/11/2023 1:30PM**
CIRCUIT COURT OF JACKSON COUNTY, MO
BY

STATE OF MISSOURI
**Plaintiff**
VS.

BOSTIC, DAJHON
**Defendant**

CASE NO.: 2316-CR03767-01
DIV NO.: 33
LOCATION POSTED: JCDC
FORM FILLED OUT BY: NGENZA

## BAIL BOND IN ANY FELONY OR MISDEMEANOR CASE

STATE OF MISSOURI
COUNTY OF JACKSON SS.

KNOW ALL MEN BY THESE PRESNTS, that I/we **BOSTIC, DAJHON** , the defendant as principal, and SELF as surety, acknowledge that I/we owe and are bound unto the State of Missouri in the full penal sum of **5000 - ROR** for the payment of which I/we bind myself/ourselves, my/our heirs, executors, administrators and assigns to be levied of my/our goods and chattels, land and tenements, and unto the said State rendered, upon the conditions hereinafter set out, and in further security for the performance of this bond I, the defendant, have deposited in the registry of this Court:

      (a)   Cash in the amount of **ROR**
      (b)   The following securities

The conditions of this bond are that whereas the defendant stands charged in this Court with the commission of the criminal offense(s), to-wit:

## Tampering With Motor Vehicle - 1st Degree

YOU ARE ORDERED TO APPEAR at the following location: **308 W. Kansas, Independence, MO**

NOW, THEREFORE, if said defendant shall personally be and appear in this Court answer the said charge(s) on

### 12/14/2023@ 1:30 p.m.

not then to depart without leave and shall be and appear in this Court from time thereafter as required by the Court and throughout the pendency of this action, for trial and any other proceedings herein, including the rendition of final judgment and sentenced herein and shall abide and submit himself/herself to the orders, judgment, sentence and process of the Court herein, and shall be and appear from time to time in any other court to which said cause may be taken by change of venue as required by such court for all proceedings therein, including trial and rendition of sentence and final judgment, and shall abide and submit himself/herself to the orders, judgment, sentence and process of said court, then, in such event this bond be null, void and of no effect and said cash or securities SHALL BE RETURNED TO DEFENDANT, or his/her assign(s), provided, however, that any fines, judgments or costs assessed against defendant may be withheld by the Court from any cash or securities deposited as a condition of this bond. Otherwise this bond shall remain in full force and effect and this Court, upon a declaration of forfeiture thereof, and after the State has obtained a final judgment upon said bond in the manner prescribed by law or by the rules of the Supreme Court, may order the said cash be appropriated to the State of Missouri or the said securities to be sold and the proceeds thereof appropriated to the State of Missouri and disposed of in accordance with law. Additional conditions of this bond are that:

**Other Conditions: Supervison through Northland Dependency with House Arrest**

All sureties herein submit themselves the jurisdiction of this Court and to any other court to which said cause may be taken on change of venue, and irrevocably appoint the court administrator or clerk of such court in which said cause shall be pending as their agent upon whom may be served for them any notice, motion, pleading or process having to do with any proceeding for the forfeiture of this bond.

IN WITNESS WHEREOF, I/we have hereunto set my/our hand(s) on **December 7, 2023**

---

    SURETY

    ADDRESS
APPROVED ON:

_____, 20____

DEFENDANT/PRINCIPAL

---

JUDGE/DEPUTY COURT ADMINISTRATOR

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

JCDC Bond - 07/2023

## Case.net: 2316-CR03767-01 - ST V DAJHON AMARIA BOSTIC (E-CASE) - Charge/Judgement

**Charge**

| | |
|---|---|
| **Description** | Tampering With Motor Vehicle - 1st Degree<br>*{ Felony D RSMo: 569.080 }* |
| **Date** | 07/27/2023 |
| **Code** | 569.080-002Y20202999.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **OCN** | JS001649 |
| **Ticket Number** | 999999999 |
| **Law Enforcement Agency** | LEE'S SUMMIT PD |

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 7 Years |
| **Text** | Count 1 - Defendant sentenced to 7 Years Doc And Court Costs CONC/CONS CASE & COUNTY: THIS CASE SHALL RUN CONCURRENT WITH CASE NUMBERS 2316-CR03624-01; 2416-CR01455-01; 2416-CR01555-01; 2416-CR03323-01 AND TO SENTENCES IN KANSAS CASE NUMBERS WY-2023-CR-001211 AND WY-2024-CR-000228. , 24.035/29.15 INEFFECT COUNSEL: N No, ALLOCUTION: Y Yes, AUTHORIZE ADDITIONAL OFFICER: Y Yes, DELIVER CERTIF COPY OF JUDMT: Y Yes |