## Case.net:2416-CR01555 - ST V DAJHON A. BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄



**03/29/2024**

**Probable Cause Statement Filed**

Associated Entries: 03/29/2024 - CRIFS/Unredacted Document
**List of Witnesses**

Filed By: RYAN LEE MILLER
**Background Sheet Filed**

Filed By: RYAN LEE MILLER
**CRIFS/Unredacted Document**

Filed By: RYAN LEE MILLER
Associated Entries: 03/29/2024 -
**Probable Cause Statement Filed**
**CRIFS/Unredacted Document**

Filed By: RYAN LEE MILLER
Associated Entries: 03/29/2024 -
**Complaint Filed**
**Complaint Filed**

Filed By: RYAN LEE MILLER
Associated Entries: 03/29/2024 - CRIFS/Unredacted Document

**04/21/2024**

**Warrant Ordered-Probable Cause**
**Bond Set**
Amount of Bond Set - 75000.00; CASH
**Special Conditions**
JCDC Population Control ordered to screen for and Defendant to be placed on: County House Arrest. GPS Monitoring, Ankle Bracelet. No possession of firearms, ammunition or other weapons Not to be in the presence of any firearms, ammunition or other weapons. No contact with victim(s), witnesses, co-defendants. Defendant shall not operate a motor vehicle unless properly licensed and insured. Additional Travel Restrictions. must not drive a vehicle unless lawfully registered to him or an immediate family member or be in or around residence at 142 Lawn Ave, Kansas City Missouri.

**05/01/2024**

**Warrant Issued**
Document ID: 24-KTARW-277, for BOSTIC, DAJHON A. Bond Amount: 75000.00 MO0480000-JCSP-ORI-KCPD-75000.00 CASH- JCDC Population Control ordered to screen for and Defendant to be placed on: County House Arrest. GPS Monitoring, Ankle Bracelet. No possession of firearms, ammunition or other weapons Not to be in the presence of any firearms, ammunition or other weapons. No contact with victim(s), witnesses, co-defendants. Defendant shall not operate a motor vehicle unless properly licensed and insured. Additional Travel Restrictions. must not drive a vehicle unless lawfully registered to him or an immediate family member or be in or around residence at 142 Lawn Ave, Kansas City Missouri. SET DATE 1:30PM (7) DAYS AFTER BOND IS POSTED DIV 26. EXCLUDING MON AND FRI. MG/MB

**05/23/2024**

**Initial Appearance**

Associated Entries: 05/23/2024 - Initial Appearance Held
**Scheduled For:** 05/23/2024; 1:00 PM; JERRI J ZHANG; Criminal Justice Center

**Initial Appearance Held**

    **Associated Entries: 05/23/2024 - Initial Appearance**
    **Scheduled For:** 05/23/2024; 1:00 PM; JERRI J ZHANG; Criminal Justice Center

**Order**

Initial Appearance held on May 23, 2024 in Division 3. Bond Review Hearing set on June 3, 2024 at 1:30PM in Division 26. NO OCN: Defendant directed to law enforcement for fingerprinting (Mo. Sup. Ct. R. 22.08 and 21.10). Referred to Public Defender's Office for screening.

**Bond Review Hearing Scheduled**

    **Associated Entries: 06/03/2024 - Bond Review Hearing Held**
    **Scheduled For:** 06/03/2024; 1:30 PM; R. TRAVIS WILLINGHAM; Criminal Justice Center

**06/03/2024**

**Bond Review Hearing Held**

    **Associated Entries: 05/23/2024 - Bond Review Hearing Scheduled**
    **Scheduled For:** 06/03/2024; 1:30 PM; R. TRAVIS WILLINGHAM; Criminal Justice Center

**Arraignment Scheduled**

    **Associated Entries: 06/20/2024 - Casefile Tranf GrandJury Indmt**
    **Scheduled For:** 06/24/2024; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

**Order for Continuance**

**Bond Set**

Amount of Bond Set - 50000; 10 PERCENT

**Special Conditions**

Conditions of bond remain the same

**06/20/2024**

**Casefile Tranf GrandJury Indmt**

    **Associated Entries: 06/03/2024 - Arraignment Scheduled**
    **Scheduled For:** 06/24/2024; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

**07/19/2024**

**Warrant Served**

Document ID - 24-KTARW-277; Served To - BOSTIC, DAJHON A.; Server - ; Served Date - 02-JUN-24; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - EMAIL STATING WARRANT SERVED 6.2.24

## Case.net:2416-CR01555-01 - ST V DAJHON A. BOSTIC (E-CASE) - Docket Entries

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries      ⌄

**06/20/2024**

**Judge Assigned**

**Public Grand Jury Indict filed**

**Criminal Summons Requested**

**Bond Set**

BOND TO REMAIN AS PREVIOUSLY SET.

**Special Conditions**

SPECIAL CONDITION SHALL REMAIN IN EFFECT

**List of Witnesses**

**CRIFS/Unredacted Document**

**06/21/2024**

**Arraignment Scheduled**

**Associated Entries: 06/24/2024 - Arraignment Held**
**Scheduled For:** 06/24/2024; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

**Criminal Summons Issued**

Document ID: 24-CRSU-1271, for BOSTIC, DAJHON A.

**Return Service - Other**

Document ID - 24-CRSU-1271; Served To - BOSTIC, DAJHON A.; Server - ; Served Date - 21-JUN-24; Served
Time - 00:00:00; Service Type - Other; Reason Description - Other; Service Text - SUMMONS MAILED TO DFT
VIA TUBE 6/21/24 MG

**06/24/2024**

**Judge Assigned**

**Arraignment Held**

**Associated Entries: 06/21/2024 - Arraignment Scheduled**
**Scheduled For:** 06/24/2024; 2:00 PM; JERRI J ZHANG; Criminal Justice Center

**Order Upon Arraignment Hearing**

Arraignment held on June 24, 2024. Case Assigned to Division 1, Pretrial Conference set on JULY 25, 2024 at
930 AM.

**Pre-trial Conference Scheduled**

**Associated Entries: 07/18/2024 - Hearing/Trial Cancelled**
**Scheduled For:** 07/25/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**06/28/2024**

**Standard Discovery Filed**

Request for Discovery; Electronic Filing Certificate of Service.

Disclosure Rule 25.07 List

States Answer to Discovery; Electronic Filing Certificate of Service.

**07/01/2024**

**Judge Assigned**

Transfer from Judge Castle, Division 1 to Judge Zhang, Division 3 by A.O 2024-049

**07/03/2024**

**Designation of Lead Attorney**

DESIGNATION OF LEAD ATTORNEY.

**Filed By:** RYAN LEE MILLER

**Withdrawal of Attorney Filed**

MEMORANDUM OF WITHDRAWAL.

**Filed By:** RYAN LEE MILLER

**07/09/2024**

**Answers to Disclosure Filed**
NOTICE OF DISCLOSURE.
    **Filed By:** RYAN LEE MILLER

**07/10/2024**

**Answers to Disclosure Filed**
NOTICE OF DISCLOSURE.
    **Filed By:** RYAN LEE MILLER

**07/18/2024**

**Hearing/Trial Cancelled**

    **Associated Entries: 06/24/2024 - Pre-trial Conference Scheduled**
    **Scheduled For:** 07/25/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
this case is set for a Case Management Conference on August 1, 2024, at 9:30 AM in Division 3 located on the 5th floor of the Jackson County Courthouse at 415 E. 12th Street, Kansas City, MO 64106.
**Case Mgmt Conf Scheduled**

    **Associated Entries: 08/01/2024 - Case Mgmt Conf Held**
    **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**08/01/2024**

**Case Mgmt Conf Held**

    **Associated Entries: 07/18/2024 - Case Mgmt Conf Scheduled**
    **Scheduled For:** 08/01/2024; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
Case number 2316-CR03624-01 is set for a Pre-Tria lConference on September 27, 2024, at 10:00 AM and case numbers 2316-CR03767-01, 2416- CR01455-01 and 2416-CR01555-01, are set for a Case Management Conference on September 27, 2024 at 10:00 AM in Division 3. Case number 2316-CR03624-01 has been set for TRIAL on October 7, 2024 at 9:00 a.m. and case numbers 2316-CR03767-01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on October 7, 2024 at 9:00 a.m. in Division 3.
**Case Mgmt Conf Scheduled**

    **Associated Entries: 09/26/2024 - Hearing/Trial Cancelled**
    **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Case Mgmt Conf Scheduled**

    **Associated Entries: 09/26/2024 - Hearing/Trial Cancelled**
    **Scheduled For:** 10/07/2024; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**08/15/2024**

**Answers to Disclosure Filed**
NOTICE OF DISCLOSURE.
    **Filed By:** RYAN LEE MILLER

**09/19/2024**

**Motion Filed**
Motion for Protective Order.
    **Filed By:** RYAN LEE MILLER
    **Associated Entries: 09/26/2024 - Motion Granted/Sustained**
**Proposed Order Filed**
Proposed Protective Order.
    **Filed By:** RYAN LEE MILLER

**09/20/2024**

**Suggestions in Support**
Suggestions in Support of Petition for Writ of Mandamus
    **Filed By:** DAJHON A. BOSTIC

**09/26/2024**

**Hearing/Trial Cancelled**

      **Associated Entries: 08/01/2024 - Case Mgmt Conf Scheduled**
      **Scheduled For:** 09/27/2024; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing/Trial Cancelled**

      **Associated Entries: 08/01/2024 - Case Mgmt Conf Scheduled**
      **Scheduled For:** 10/07/2024; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Order**
PROTECTIVE ORDER
**Motion Granted/Sustained**

      **Associated Entries: 09/19/2024 -**
**Motion Filed**
    **+**
**Order**
Case number 2416-CR03323-01 is set for Pre-Trial Conference on February 21, 2025 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416-CR01555-01 are set for a Case Management Conference on February 21, 2025 at 10:00 AM in Division 3. Case number 2416-CR03323-01 is set for Jury Trial on March 3, 2025 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01, and 2416- CR01555-01 are set for a Case Management Conference on March 3, 2025 at 9:00 AM in Division 3.
**Case Mgmt Conf Scheduled**

      **Associated Entries: 02/21/2025 - Case Mgmt Conf Held**
      **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Case Mgmt Conf Scheduled**

      **Associated Entries: 02/21/2025 - Hearing Continued/Rescheduled**
      **Scheduled For:** 03/03/2025; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**09/30/2024**

**Motion Filed**
Motion to Dismiss for Double Jeopardy
    **Filed By:** DAJHON A. BOSTIC
    **Associated Entries: 10/16/2024 - Motion Denied**
**Motion Filed**
Motion to Transfer Probation Supervision
    **Filed By:** DAJHON A. BOSTIC
    **Associated Entries: 10/16/2024 - Motion Denied**

**10/02/2024**

Entry of Appearance Filed
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** LENA RANDTKE
**Motion for Discovery**
REQUEST FOR DISCOVERY UNDER RULE 25.03; Electronic Filing Certificate of Service.
    **Filed By:** LENA RANDTKE
    **Associated Entries: 10/16/2024 - Motion no Longer an Issue**
Response Filed
DEFENDANTS RESPONSE TO THE STATES REQUEST FOR DISCOVERY; Electronic Filing Certificate of Service.
    **Filed By:** LENA RANDTKE

**10/03/2024**

**Filing:**
Defendant's Ineffective Assistance of Counsel
    **Filed By:** DAJHON A. BOSTIC

**10/16/2024**

**Motion no Longer an Issue**

  **Associated Entries: 10/02/2024 - Motion for Discovery    +**
**Order**
Defendant¿s Motion to Transfer Probation Supervision and Defendant¿s Motion to Dismiss for Double Jeopardy
is DENIED
**Motion Denied**

  **Associated Entries: 09/30/2024 -**
**Motion Filed**
  **+**
  **Associated Entries: 09/30/2024 -**
**Motion Filed**
  **+**

**12/30/2024**
  **Offender Mail Received**

**01/21/2025**
  **Offender Mail Received**
  MOTION TO WITHDRAWAL COUNSEL
  **Offender Mail Received**
  DEFENDANT'S MOTION TO DISQUALIFY PROSECUTING ATTORNEY
  **Offender Mail Received**
  MOTION FOR REHEARING
  **Offender Mail Received**
  LETTER TO JUDGE
  **Offender Mail Received**
  LETTER TO ENDORSE WITNESS

**02/21/2025**
  **Case Mgmt Conf Held**

  **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
  **Scheduled For:** 02/21/2025; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
  **Order**
  Case continued in this Division to MARCH 6, 2025 at 9:30 AM.
  **Case Mgmt Conf Scheduled**

  **Associated Entries: 03/06/2025 - Case Mgmt Conf Held**
  **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic
**Hearing Continued/Rescheduled**

  **Associated Entries: 09/26/2024 - Case Mgmt Conf Scheduled**
  **Hearing Continued From:** 03/03/2025; 9:00 AM Case Management Conference

**02/27/2025**
  Memorandum of Withdrawal
  MEMORANDUM OF WITHDRAWAL; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
    **On Behalf Of:** DAJHON A. BOSTIC
  Entry of Appearance Filed
  ENTRY OF APPEARANCE; Electronic Filing Certificate of Service.
    **Filed By:** SCOTT MCGREEVY
    **On Behalf Of:** DAJHON A. BOSTIC

**03/06/2025**
  **Case Mgmt Conf Held**

  **Associated Entries: 02/21/2025 - Case Mgmt Conf Scheduled**
  **Scheduled For:** 03/06/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Order**

Case continued in this Division to MARCH 27, 2025 at 9:30 AM.

**Case Mgmt Conf Scheduled**

    **Associated Entries: 03/27/2025 - Case Mgmt Conf Held**

    **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Offender Mail Received**

Notice from the Defendant

    **Filed By:** DAJHON A. BOSTIC

### 03/07/2025

**Offender Mail Received**

Defendant's Request for Prosecution Withdrawal

    **Filed By:** DAJHON A. BOSTIC

### 03/11/2025

Offender Mail Received

Motion to Strike Surplusage

    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**

Motion for Credit for Time Awaiting Trial

    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**

Motion in Limine

    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**

Petition for Return of Property

    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**

Motion to Suppress Evidence

    **Filed By:** DAJHON A. BOSTIC

### 03/26/2025

**Offender Mail Received**

Letter from the Defendant

### 03/27/2025

**Case Mgmt Conf Held**

    **Associated Entries: 03/06/2025 - Case Mgmt Conf Scheduled**

    **Scheduled For:** 03/27/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Offender Mail Received**

Defendant's Motion to Reduce Bail

    **Filed By:** DAJHON A. BOSTIC

### 03/28/2025

**Order**

Case number 2316-CR03323-01 is set for Pre-Trial Conference on January 23, 2026 at 10:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767- 01, 2416-CR01455-01 and 2416-CR01555-01 are set for a Case Management Conference on January 23, 2025 at 10:00 AM. Case number 2416-CR03323-01 is set for Jury Trial on February 2, 2026 at 9:00 AM. Case numbers 2316-CR03624-01, 2316-CR03767-01, 2416-CR01455-01 and 2416- CR01555-01 are set for a Case Management Conference on February 2, 2026 at 9:00 AM in Division 3.

**Case Mgmt Conf Scheduled**

    **Associated Entries: 07/17/2025 - Hearing/Trial Cancelled**

    **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Case Mgmt Conf Scheduled**

    **Associated Entries: 07/17/2025 - Hearing/Trial Cancelled**

    **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

### 04/01/2025

Answers to Disclosure Filed

Notice of Disclosure; Electronic Filing Certificate of Service.
    **Filed By:** RYAN LEE MILLER

**04/11/2025**

**Offender Mail Received**

Defendant's Motion for De Novo review of Detention Order and for Revocation of Detention or Custody
    **Filed By:** DAJHON A. BOSTIC

**Offender Mail Received**

Motion to Reduce Bail
    **Filed By:** DAJHON A. BOSTIC

**04/23/2025**

**Order**

Case continued in this Division to MAY 15, 2025 at 9:30 AM for PLEA.

**Plea Hearing Scheduled**

    **Associated Entries: 05/15/2025 - Hearing Held**
    **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**05/15/2025**

**Hearing Held**

    **Associated Entries: 04/23/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 05/15/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Order**

Case continued in this Division to JULY 10, 2025 at 9:30 AM for PLEA.

**Plea Hearing Scheduled**

    **Associated Entries: 07/10/2025 - Hearing Held**
    **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**06/25/2025**

**Correspondence Filed**

Entry of Appearance submitted by the Defendant
    **Filed By:** DAJHON A. BOSTIC

**07/10/2025**

**Hearing Held**

    **Associated Entries: 05/15/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 07/10/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Order**

Case continued in this Division to July 17, 2025 at 9:30AM for PLEA.

**Plea Hearing Scheduled**

    **Associated Entries: 07/17/2025 - Hearing Held**
    **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/17/2025**

**Hearing Held**

    **Associated Entries: 07/10/2025 - Plea Hearing Scheduled**
    **Scheduled For:** 07/17/2025; 9:30 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Judge/Clerk - Note**

**Guilty Plea**

**Waive Court Costs**

    **Filed By:** DAJHON A. BOSTIC

**Defendant Sentenced**

Count 1 - Defendant sentenced to 7 Years Doc Count 2 - Defendant sentenced to 4 Years Doc Count 3 - Dismissed This case shall run concurrent with case numbers 2316-CR03624-01;2316-CR03767-01; 2416-CR01455-01; 2416-CR03323-01 and to sentences in Kansas case numbers WY-2023-CR-001211 and WY-2024-CR-000228. Defendant is given credit for all time served on the charge(s) herein.

**Judgment CVC $46 - Other**

**Costs Waived**

**Ord for Fingerprint and Photos**

**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**

    **Scheduled For:** 02/02/2026; 9:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**Hearing/Trial Cancelled**

    **Associated Entries: 03/28/2025 - Case Mgmt Conf Scheduled**

    **Scheduled For:** 01/23/2026; 10:00 AM; JERRI J ZHANG; Kansas City Criminal/Traffic

**07/23/2025**

    **Judge/Clerk - Note**

    COST DUE DATED 08/22/25

    **Correspondence Sent**

    COST NOTICE

    **Judge/Clerk - Note**

    COST DUE DATED 08/22/25

**07/30/2025**

    **Returned Mail-Undeliverable**

    Costs Notice - Returned to Sender - Moved left no address - unable to forward

**08/25/2025**

    **Case Review Held**

    **Scheduled For:** 08/22/2025; 8:00 AM; ; Kansas City Criminal/Traffic

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

POLICE NO. :   KC24008866
PROSECUTOR NO. :   095478094
OCN :

STATE OF MISSOURI, )
         PLAINTIFF, )

vs. )
)
DAJHON A. BOSTIC )
142 LAWN AVE ) **CASE NO. 2416-CR01555-01**
Kansas City, MO - 64123 ) **DIVISION 3**
DOB: ██████████ )
Race/Sex: B/M )
S.S.N.: ██████████ )
         DEFENDANT. )

# INDICTMENT

**In the Circuit Court of Jackson County, Missouri, at Kansas City, March Term, 2024. In Division Number 3 thereof, designated by the rules of said Court as Criminal Division A.**

### Count I. Tampering With Motor Vehicle - 1st Degree (569.080-002Y20202902.0)

The Grand Jurors of the County of Jackson, State of Missouri, charge that the defendant, in violation of Section 569.080.1(2), RSMo, committed the **class D felony of tampering in the first degree**, punishable upon conviction under Sections 558.011 and 558.002, RSMo, in that on or about February 10, 2024, in the County of Jackson, State of Missouri, the defendant knowingly and without the consent of the owner possessed a black 2018 Kia Sportage, an automobile.

The range punishment for a class D felony is imprisonment in the custody of the Missouri Department of Corrections for a term of years not less than one (1) year and not to exceed seven (7) years; or by imprisonment for a special term not to exceed one (1) year in the county jail or other authorized penal institution; or by a fine not to exceed ten thousand dollars ($10,000); or by both imprisonment and a fine. If money or property has been gained through the commission of the crime, any fine imposed may be not more than double the amount of the offender's gain from the commission of the crime.

## Count II. Resisting Arrest/Detention/Stop By Fleeing - Creating A Substantial Risk Of Serious Injury/Death To Any Person (575.150-002Y20204899.0)

The Grand Jurors of the County of Jackson, State of Missouri, charge that the defendant, in violation of Section 575.150, RSMo, committed the **class E felony of resisting a lawful stop**, punishable upon conviction under Sections 558.002 and 558.011, RSMo, in that on or about February 10, 2024, in the County of Jackson, State of Missouri, Police Officers ███████████ ██████████, law enforcement officers, were attempting to make a lawful stop of a vehicle being operated by defendant, and the defendant knew or reasonably should have known that the officers were making a lawful stop, and, for the purpose of preventing the officers from effecting the stop, resisted the stop of defendant by fleeing from the officers and defendant fled in such a manner that created a substantial risk of serious physical injury or death to other persons in that defendant drove at speeds exceeding 120 miles per hour, weaved in and out of traffic, and drove against the flow of traffic.

The range punishment for a class E felony is imprisonment in the custody of the Missouri Department of Corrections for a term of years not less than one (1) year and not to exceed four (4) years; or by imprisonment for a special term not to exceed one (1) year in the county jail or other authorized penal institution; or by a fine not to exceed ten thousand dollars ($10,000); or by both imprisonment and a fine. If money or property has been gained through the commission of the crime, any fine imposed may be not more than double the amount of the offender's gain from the commission of the crime.

**Count III.** ████████████████████████████████████████████
████████████████████████████████████████████

The Grand Jurors of the County of Jackson, State of Missouri, charge that the defendant, in violation of ███████████████ committed ███████████ ██████████████████ punishable upon conviction under ████████ in that on or about February 10, 2024, in the County of Jackson, State of Missouri, the ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

The range punishment for ███████████ is imprisonment in the custody of the Missouri Department of Corrections for a term of years not less than one (1) year and not to exceed seven (7) years; or by imprisonment for a special term not to exceed one (1) year in the county jail or other authorized penal institution; or by a fine not to exceed ten thousand dollars ($10,000); or by both imprisonment and a fine. If money or property has been gained through the commission of

State vs. Dajhon A. Bostic, Case No. 2416-CR01555-01

the crime, any fine imposed may be not more than double the amount of the offender's gain from the commission of the crime.

Wherefore this Indictment supersedes any Complaint, Information, or Indictment previously filed in the Associate Circuit Court.


**A TRUE BILL**

**FOREPERSON**

**JEAN PETERS BAKER**
**PROSECUTING ATTORNEY**
**FOR THE COUNTY OF JACKSON,**
**STATE OF MISSOURI, by**

by,_____
Patrick Browne (#74293)
Assistant Prosecuting Attorney
415 E. 12th Street 11th Floor
Kansas City, Missouri 64106
mailto:pbrowne@jacksongov.org

Received this 20th day of June, 2024.


☒ **SUMMONS TO ISSUE.** BOND TO REMAIN AS PREVIOUSLY SET. SPECIAL CONDITIONS SHALL REMAIN IN EFFECT.

☐ **RECALL WARRANT ON BASE CASE.**

☐ **WARRANT TO ISSUE, BOND** SET AS FOLLOWS: $_____.

**CIRCUIT COURT JUDGE**

## WITNESSES:

The State's witnesses are included on the "State's Witness List" filed contemporaneously with this Indictment.



IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

| Judge or Division:<br>JERRI J ZHANG | Case Number: 2416-CR01555-01 |
| | Offense Cycle No.: |
| State of Missouri<br><br>vs. | Prosecuting Attorney:<br>RYAN LEE MILLER |
| Defendant:<br>DAJHON A. BOSTIC | |
| DOB: ▮▮▮▮▮▮▮▮▮▮   SSN: ▮▮▮▮▮▮▮▮   SEX: M | Defense Attorney:<br>SCOTT MCGREEVY<br><br>(Date File Stamp) |

## Guilty Plea/Judgment
## Sentence to DOC – No Probation

On JULY 17, 2025 this matter comes on for hearing. The State appears by Assistant Prosecuting Attorney, RYAN LEE MILLER. Defendant appears in person and by attorney, SCOTT MCGREEVY.

This matter was submitted to the Court on a Guilty Plea and the pleading of record. Evidence was heard.

Upon having heard the evidence, the Court finds that Defendant understands the charges against him and the consequences of his plea of guilty. Defendant has been advised of his rights, understands them, and voluntarily, freely, and intelligently waives those rights. Defendant is able to understand and assist his attorney. Defendant has no mental disease or defect defense. Defendant's decision to plead guilty has been made freely and voluntarily and intelligently. Defendant's plea of guilty is not the result of any threat. Defendant has not been forced in any way to plead guilty. There have been no promises made to defendant other than those contained in the plea. The Defendant's plea of guilty is accepted.

IT IS ORDERED AND ADJUDGED that Defendant, having been found guilty upon a plea of guilty entered on July 17, 2025, is guilty beyond a reasonable doubt of the following offense(s):

| Count | Charge Code & Description | | Charge Level | Date Of Offense |
|---|---|---|---|---|
| 1 | 569.080-002Y20202902.0 | Tamper - 1st / Motr Veh | Felony D | 10-FEB-2024 |
| 2 | 575.150-002Y20204899.0 | Resist Arrest/Detent/Stop | Felony E | 10-FEB-2024 |
| 3 | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | DISMISSED | ▮▮▮▮▮▮ |

The Court examined the Defendant regarding effective assistance of counsel. The Court finds no probable cause to believe that Defendant has been inadequately or ineffectively assisted by counsel.

The Court asked Defendant whether there is any legal cause to show why judgment and sentence should not be pronounced. No sufficient cause to postpone sentencing being shown or appearing to the Court, the Court proceeds with sentencing.

IT IS ORDERED AND ADJUDGED Defendant is sentenced and committed to the custody of the Missouri Department of Corrections - Division of Adult Institutions for imprisonment for the following term as set out below.

| Count | Charge Code & Description | | Charge Level | Date of Offense | Term | Cons/Conc |
|---|---|---|---|---|---|---|
| 1 | 569.080-002Y20202902.0 | Tamper - 1st / Motr Veh | Felony D | 10-FEB-2024 | 7 YEARS | CONC |
| 2 | 575.150-002Y20204899.0 | Resist Arrest/Detent/Stop | Felony E | 10-FEB-2024 | 4 YEARS | CONC |

This case shall run concurrent with case numbers 2316-CR03624-01;2316-CR03767-01; 2416-CR01455-01; 2416-CR03323-01 and to sentences in Kansas case numbers WY-2023-CR-001211 and WY-2024-CR-000228.

IT IS ORDERED AND ADJUDGED Defendant is given credit for all time served on the charge(s) herein.

After announcing the judgment and orders of the Court, the Court again examined the Defendant regarding effective assistance of counsel.  The Court finds no probable cause to believe that Defendant has been inadequately or ineffectively assisted by counsel.

The Court advised the Defendant of their right to post conviction relief pursuant to Criminal Rule 24.035.

IT IS ORDERED AND ADJUDGED that the State of Missouri recover from the Defendant the sum of $46 for the Crime Victims' Compensation Fund.

IT IS ORDERED AND ADJUDGED that pursuant to Section 43.503.6 RSMo, **Defendant is to submit to fingerprinting if the offense cycle number (OCN) is not noted in the case style.**  The law enforcement agency completing the fingerprinting of Defendant shall secure all such photographs or identifying information necessary to fully complete all portions of the standard fingerprint card, and shall submit the fingerprints and identifying information to the Missouri Central Records Repository within ten (10) days.  The law enforcement agency shall also provide the Clerk of the Court with the offense cycle number associated with this case.

IT IS ORDERED AND ADJUDGED Court costs shall be waived.

IT IS ORDERED AND ADJUDGED the Defendant is remanded to the custody of the sheriff for safekeeping and to await transport to the Missouri Department of Corrections.  The sheriff is authorized one additional officer/guard to transport Defendant to the Department of Corrections.

SO ORDERED:

July 17, 2025_____
　　　　　Date

_____
JERRI J ZHANG, Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the
foregoing was duly delivered on
JULY 17, 2025, to:

RYAN LEE MILLER, Assistant Prosecuting Attorney
SCOTT MCGREEVY, Attorney for Defendant
State Board of Probation & Parole
Jackson County Dept. of Corrections
Missouri Department of Corrections
Criminal Records

_____
Judicial Administrative Assistant



## Case.net: 2416-CR01555-01 - ST V DAJHON A. BOSTIC (E-CASE) - Charge/Judgement

**Charge**

| | |
|---|---|
| **Description** | Tampering With Motor Vehicle - 1st Degree |
| | *{ Felony D RSMo: 569.080 }* |
| **Date** | 02/10/2024 |
| **Code** | 569.080-002Y20202902.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **Ticket Number** | 999999999 |
| **Law Enforcement Agency** | KANSAS CITY PD |

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 7 Years |
| **Text** | Count 1 - Defendant sentenced to 7 Years Doc 24.035/29.15 INEFFECT COUNSEL: N No |

**Charge**

| | |
|---|---|
| **Description** | Resisting Arrest/Detention/Stop By Fleeing - Creating A Substantial Risk Of Serious Injury/Death To Any Person |
| | *{ Felony E RSMo: 575.150 }* |
| **Date** | 02/10/2024 |
| **Code** | 575.150-002Y20204899.0 |
| **Disposition** | Guilty Plea - 07/17/2025 |
| **Ticket Number** | 999999998 |
| **Law Enforcement Agency** | KANSAS CITY PD |

**Sentence**

| | |
|---|---|
| **Description** | Incarceration DOC |
| **Sentence Date** | 07/17/2025 |
| **Start Date** | 07/17/2025 |
| **Length** | 4 Years |
| **Text** | Count 2 - Defendant sentenced to 4 Years Doc 24.035/29.15 INEFFECT COUNSEL: N No |